*131*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Crystal Serrant

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v.

Enai Real
Ann M. Tobin, P.C.
Akiva Goldman & Associates
Law Offices of Jeff Perlman, PLLC
St. Clair Shores Police
Michigan CPS office
Harper Woods Distinctive College Prep
Honorable Judge Rachel Rancilio
Honorable Judge Tracey A. Yokich

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 2:23-cv-11578
Judge: Michelson, Laurie J.
MJ: Stafford, Elizabeth A.
Filed: 06-30-2023 At 10:39 AM
CMP Serrant v. Real, et al (jo)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Crystal Serrant |
| Street Address | P.O. Box 613 |
| City and County | Stockbridge, Clayton (County) |
| State and Zip Code | Georgia  30281 |
| Telephone Number | |
| E-mail Address | crystalclear0713@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Enqi Osiris Khepr Sang Real   Aka Antoine Duquesnay |
| Job or Title (if known) | Social Media Influencer and "DOCTOR" |
| Street Address | 23236 Westbury |
| City and County | St. Clair Shores / Macombs |
| State and Zip Code | Michigan   48080 |
| Telephone Number | 586-298-5000 |
| E-mail Address (if known) | ministerenqi@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Ann M. Tobin-Lavigne (P35757) |
| Job or Title (if known) | Attorney |
| Street Address | 21300 Mack Avenue |
| City and County | Grosse Pointe Woods,   Wayne |
| State and Zip Code | Michigan, 48236 |
| Telephone Number | (313) 884-7060 |
| E-mail Address (if known) | tobinannm@gmail.com |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name      Akiva Goldman & Associates (P39518) (P80271)

Job or Title (if known)      Attorneys

Street Address      3150 Livernois Road, Suite 335

City and County      Troy, Oakland

State and Zip Code      Michigan 48083

Telephone Number      _____

E-mail Address (if known)      _____

Defendant No. 4

Name      Jeffrey Perlman (P80517)

Job or Title (if known)      Attorney

Street Address      24300 Southfield Road, Suite 210

City and County      Southfield, Oakland

State and Zip Code      Michigan 48075

Telephone Number      (248) 635-2540

E-mail Address (if known)      jeff@jeffperlmanlaw.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name: *St. Clair Shores Police*

Job or Title (if known): *Officer Yott and Sgt. Sevell and entire department*

Street Address: *27665 Jefferson Avenue*

City and County: *St. Clair Shores, Macomb*

State and Zip Code: *Michigan 48081*

Telephone Number: *586-445-5300*

E-mail Address (if known): _____

Defendant No. 4

Name: *Distinctive College Prep - Harper Woods*

Job or Title (if known): *NCES School ID - 260011508828*
*NCES District ID - 2601115*

Street Address: *19360 Harper Avenue*

City and County: *Harper Woods,*

State and Zip Code: *Michigan 48225*

Telephone Number: *(313) 640-0060*

E-mail Address (if known): _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name     Michigan CPS office – *Andrew Ottoman, Susan Weber, Lakeisha Hayes or Haynes*

Job or Title
(if known)     _____

Street Address     1801 E. Canfield Street

City and County     Detroit, Wayne

State and Zip Code     Michigan, 48207

Telephone Number     (313) 578-5100

E-mail Address
(if known)     _____

Defendant No. 4

Name     Honorable Judge Rachel Rancillo

Job or Title
(if known)     Judge

Street Address     10 N. Main Street

City and County     Mt. Clemens, Macomb

State and Zip Code     Michigan 48043

Telephone Number     (586) 469-5160

E-mail Address
(if known)     _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

Defendant No. 3

| | |
|---|---|
| Name | Honorable Judge Tracey A. Yokich |
| Job or Title (if known) | Judge |
| Street Address | 10 N. Main Street |
| City and County | Mt. Clemens, Macomb |
| State and Zip Code | Michigan, 48043 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec. 4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, Law 257.676B        722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Crystal Serrant,
   is a citizen of the State of *(name)* Georgia, USA.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Engi Sang Real, is a citizen of the
   State of *(name)* Michigan. *Or is a citizen of (foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or is incorporated under the laws of*
   *(foreign nation)* _____, and has its principal place
   of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012 Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec.4-1,2,3,4, Parental Responsibility Act, Act 299 of 1980, Law 257.676B     722.25 Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a; 722.27b; 722.28; 722.29

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
           The plaintiff, *(name)* Crystal Serrant          ,
           is a citizen of the State of *(name)* Georgia, USA   .

   b.     If the plaintiff is a corporation
           The plaintiff, *(name)* _____,
           is incorporated under the laws of the State of *(name)*
           _____, and has its principal place of business in the
           State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
           The defendant, *(name)* _____, is a citizen of the
           State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.     If the defendant is a corporation
           The defendant, *(name)* Akiva Goldman & Associates is incorporated
           under the laws of the State of *(name)* Michigan          , and
           has its principal place of business in the State of *(name)*
           Michigan          . Or is incorporated under the laws of
           *(foreign nation)* _____, and has its principal place
           of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec. 4-1, 2, 3, 4,
Parental Responsibility Act, Act 299 of 1980, Law 257.676B        722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a, b, c, d, e, g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
        The plaintiff, *(name)* Crystal Serrant,
        is a citizen of the State of *(name)* Georgia, USA.

   b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. Or is a citizen of *(foreign
        nation)* _____.

   b.    If the defendant is a corporation
        The defendant, *(name)* Ann M. Tobin-Levigne, is incorporated
        under the laws of the State of *(name)* Michigan, and
        has its principal place of business in the State of *(name)*
        Michigan. Or is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec. 4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, Law 257.676B    722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)* Crystal Serrant,
        is a citizen of the State of *(name)* Georgia, USA.

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* St. Clair Shores Police, is incorporated
        under the laws of the State of *(name)* Michigan, and
        has its principal place of business in the State of *(name)*
        Michigan. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec.4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, Law 257.6766B     722.25
Michigan Penal Code, 1931 AA 328, MCL 750.520a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual
    The plaintiff, *(name)* Crystal Serrant,
    is a citizen of the State of *(name)* Georgia, USA.

    b.      If the plaintiff is a corporation
    The plaintiff, *(name)* _____,
    is incorporated under the laws of the State of *(name)*
    _____, and has its principal place of business in the
    State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the
    State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

    b.      If the defendant is a corporation
    The defendant, *(name)* Law Offices of Jeffrey Perlman PLLC, is incorporated
    under the laws of the State of *(name)* Michigan, and
    has its principal place of business in the State of *(name)*
    Michigan. *Or is incorporated under the laws of (foreign nation)* _____, and has its principal place
    of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec.4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, Law 257.676B      722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
          The plaintiff, *(name)* Crystal Serrant,
          is a citizen of the State of *(name)* Georgia, USA.

    b.    If the plaintiff is a corporation
          The plaintiff, *(name)* _____,
          is incorporated under the laws of the State of *(name)*
          _____, and has its principal place of business in the
          State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
          The defendant, *(name)* _____, is a citizen of the
          State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

    b.    If the defendant is a corporation
          The defendant, *(name)* Harper Woods Distinctive College Prep, is incorporated
          under the laws of the State of *(name)* Michigan, and
          has its principal place of business in the State of *(name)*
          Michigan. *Or is incorporated under the laws of
          (foreign nation)* _____, and has its principal place
          of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec.4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, Law 257.676B        722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff, *(name)* Crystal Serrant,
         is a citizen of the State of *(name)* Georgia, USA.

   b.    If the plaintiff is a corporation
         The plaintiff, *(name)* _____,
         is incorporated under the laws of the State of *(name)*
         _____, and has its principal place of business in the
         State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant, *(name)* Lakeisha Haynes, is a citizen of the
         State of *(name)* Michigan. Or is a citizen of *(foreign nation)* _____.

   b.    If the defendant is a corporation
         The defendant, *(name)* Michigan CPS office, is incorporated
         under the laws of the State of *(name)* Michigan, and
         has its principal place of business in the State of *(name)*
         Michigan. Or is incorporated under the laws of
         *(foreign nation)* _____, and has its principal place
         of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012 Michigan law 750.350A, Child Custody Act 1980, Act 299 of 1980, Law 257.676B   722.25 Parental Responsibility Act, Sec. 4-1, 2, 3, 4, 722.23, 722.24, Michigan Penal Code, 1931 PA 328, MCL 750.520 a, b, c, d, e, g Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a; 722.27b; 722.28; 722.29

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.   The Plaintiff(s)

      a.   If the plaintiff is an individual
         The plaintiff, *(name)* Crystal Serrant,
         is a citizen of the State of *(name)* Georgia, USA.

      b.   If the plaintiff is a corporation
         The plaintiff, *(name)* _____,
         is incorporated under the laws of the State of *(name)*
         _____, and has its principal place of business in the
         State of *(name)* _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.   The Defendant(s)

      a.   If the defendant is an individual
         The defendant, *(name)* Andrew Ottoman, is a citizen of the
         State of *(name)* Michigan. *Or is a citizen of (foreign*
         *nation)* _____.

      b.   If the defendant is a corporation
         The defendant, *(name)* Michigan CPS office, is incorporated
         under the laws of the State of *(name)* Michigan, and
         has its principal place of business in the State of *(name)*
         Michigan. *Or is incorporated under the laws of*
         *(foreign nation)* _____, and has its principal place
         of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, sec. 4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, Law 257.676B          722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, (name) Crystal Serrant,
       is a citizen of the State of (name) Georgia, USA.

    b. If the plaintiff is a corporation
       The plaintiff, (name) _____,
       is incorporated under the laws of the State of (name)
       _____, and has its principal place of business in the
       State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, (name) Susan Weber, is a citizen of the
       State of (name) Michigan. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation
       The defendant, (name) Michigan CPS office, is incorporated
       under the laws of (name) Michigan, and
       has its principal place of business in the State of (name)
       Michigan. Or is incorporated under the laws of
       (foreign nation) _____, and has its principal place
       of business in (name) _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States
Constitution that are at issue in this case.
Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012
Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec. 4-1,2,3,4,
Parental Responsibility Act, Act 299 of 1980, law 257.676B        722.25
Michigan Penal Code, 1931 PA 328, MCL 750.520 a,b,c,d,e,g
Michigan Child custody Act of 1970; Sec 722.26a; 722.26b; 722.27a;
722.27b; 722.28; 722.29

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
          The plaintiff, *(name)* __Crystal Serrant__,
          is a citizen of the State of *(name)* __Georgia, USA__.

   b.     If the plaintiff is a corporation
          The plaintiff, *(name)* _____,
          is incorporated under the laws of the State of *(name)*
          _____, and has its principal place of business in the
          State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page
   providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
          The defendant, *(name)* __Honorable Judge Rachel Rancilio__, is a citizen of the
          State of *(name)* __Michigan__. Or is a citizen of *(foreign
          nation)* _____.

   b.     If the defendant is a corporation
          The defendant, *(name)* __Honorable Judge Rachel Rancilio__, is incorporated
          under the laws of the State of *(name)* __Michigan__, and
          has its principal place of business in the State of *(name)*
          __Michigan__. Or is incorporated under the laws of
          *(foreign nation)* _____, and has its principal place
          of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional
   page providing the same information for each additional defendant.)*

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Michigan Child custody Act of 1970; Sec 722.22, Public Act 159 of 2012 Michigan law 750.350A, Child Custody Act 722.23, 722.24, Sec. 4-1,2,3,4, Parental Responsibility Act, Act 299 of 1980, law 257.676B  722.25 Michigan PenalCode, 1931 PA 328, MCL 750.520 a,b,c,d,e,g Michigan Child custody Act of 1970: Sec 722.26a; 722.26b; 722.27a; 722.27b; 722.28; 722.29

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, (name) Crystal Serrant,
   is a citizen of the State of (name) Georgia, USA.

   b. If the plaintiff is a corporation
   The plaintiff, (name) _____,
   is incorporated under the laws of the State of (name)
   _____, and has its principal place of business in the
   State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual Honorable Judge
   The defendant, (name) Tracey A. Yokich, is a citizen of the
   State of (name) Michigan. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation Honorable Judge
   The defendant, (name) Tracey A. Yokich, is incorporated
   under the laws of the State of (name) Michigan, and
   has its principal place of business in the State of (name)
   Michigan. Or is incorporated under the laws of
   (foreign nation) _____, and has its principal place
   of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please see attached:

All parties listed had full knowledge or some
indication that my children and I were trafficked.
Some totally disregarded my claims and called me
crazy or ignored me entirely. Enai Real who is now my
ex-husband has been heavily affiliated with sexual
pedators who abuse and traffick women and children.
Enclosed is a small history of Enai's online social media
different level of grotesque, delusional, demoralizing,
deceitful and duplicitous behavior. Enai has made numer-
ous online videos about ~~my~~ me for years, He has caused
so much confusion and damage to my character with
his false claims and accusations. Sgt. Sevell of St. Clair
Shore police told me I was using them to harass Enai. Officer
and I am crazy
Vott told me police are not babysitters, so stop calling them
for wellness checks.

Please note! I am also contacting the Southern District of
NY with a civil suit against the 46th precinct in the Bronx
and 3 judges
for obstructing my family's court proceeding against Enai by
~~falsing~~ falsely detaining me allowing Enai to flee NY to Michigan.
with my small children

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20_____.

Signature of Plaintiff     *Crystal Serrant*

Printed Name of Plaintiff  *Crystal Serrant*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

I have contacted Michigan FBI in Detroit, <u>Lansing</u> Children's Ombudsman's Office in Lansing, Mayor Kip Walby of St. Clair Shore; St. Clair Shores police Chief Jason Allen, Attorney Grievance Office in Michigan, City Manager of St. Clair Shores. I have made over 20-30 wellness checks to 23236 Westbury, St. Clair Shores, MI 48080 where my 5 small children has resided with my now ex-husband Enai Real.

Please help me reunite (reunite) with my 5 small children.

1) Enoi Sang Real - (my ex-husband) He knew exactly what he was doing when he trafficked me and our children at night from New York to Michigan (Wayne & Macomb) counties.

2) Ann Tobin-Levigne (P35757) - who used to reside at 23232 Westbury in St. Clair Shores was Enoi's neighbor at the time. One of my daughters Amber & I spoke to Ms. Tobin and her older husband what Enoi had done. Ms. Tobin's husband told him to help me. I left my contact information and asked her to please protect my babies. Ms. Tobin later moved to Grosse Pointe after she could not get the city of St. Clair Shores to remove her new neighbors due to the excessive noise and fights. She then represented Enoi later on in our divorce proceeding in Macomb county.

3) Akiva Goldman (P39518) & Alex Hishon (P80271) - My 1st attorneys who influenced Honorable Judge Rachel Rancillo to dismiss my case in 2019. I contacted the Michigan Grievance office in the past. I also sent them a full package recently of this matter.

4) Harper Woods Destinctive College Prep - The Principal or Assistant principal taunted me multiple times when I cried to them and told them Enoi stole my children please help me. I was told "Go ask Enoi where are your children". (My children Chase Dubresnay, Chloe Serrant & Caleb Serrant attended there.)

5) St. Clair Shores Police - I was threatened by them on multiple occassions for calling in excess wellness checks to 23236 Westbury, St. Clair Shores MI 48080 →

where ~~Michael Fidel filed false police reports. I informed the police on~~ multiple occassions of Enzi's polygamous lifestyle with different men and women. - Officer yott told me that police are not babysitters and I am crazy. Sgt. Sevell told me stop using the police to harass Enzi and they are not doing wellness checks anyone.

6) Michigan CPS – I spoke to Andrew Ottoman, Susan Weber and Lakeisha Hayes were, who I have spoken to regarding my situation with Enzi to no avail.

7) Jeffrey Perlman (P80517) – 2nd attorney on this matter. Jeff withheld information in court regarding my case allowing me to get railroaded in Macomb county court. I sent him hundreds of documents on my matter and I lost in court on 1/2/23 against my non ex- husband Enzi Real.

8) Honorable Judge Rachel Rancillo (Macomb County) (Wayne County) Although immunity Protects Judges. Honorable Judge Rachel Rancillo displayed judicial misconduct on my matter.

9) Honorable Judge Tracey A. Yokich (Macomb County) – Although immunity Protects judges. – Honorable Judge Tracey A. Yokich displayed judicial misconduct on my matter.

Respectfully Submitted,

Cryptal Ferrant

Enoi Sang Real AK Antoine DuQuesnay - ss# 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

LKA - 23236 (W) bury
St. Clair Shores, MI 48080

At a term of the Family Court of the
State of New York, held in and for
the County of Bronx, at 900 Sheridan
Avenue, Bronx, NY 10451, on
March 6, 2017

**PRESENT:**   Shira Atzmon, Support Magistrate

In the Matter of a **Support** Proceeding

**Crystal Serrant,**

Petitioner,

- against -

**Enqi Sang Real,**

Respondent.

**File #:**   91981
**Docket #:**   F-03681-17

**TEMPORARY ORDER OF
SUPPORT
SPOUSAL ONLY
BY DEFAULT[1]**

NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT
IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR CONTEMPT.
YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN SUSPENSION OF
YOUR DRIVER'S LICENSE, STATE-ISSUED PROFESSIONAL, TRADE,
BUSINESS AND OCCUPATIONAL LICENSES AND RECREATIONAL AND
SPORTING LICENSES AND PERMITS; AND IMPOSITION OF REAL OR
PERSONAL PROPERTY LIENS.

**Obligation Summary**

|  | Crystal Serrant | Enqi Sang Real | Method |
|---|---|---|---|
| Spousal Support |  | $300.00 weekly | Direct |

Crystal Serrant filed a petition in this Court on October 13, 2016 alleging that Enqi Sang
Real is chargeable with the support of the following:

Name                          Date of Birth                          Social Security Number

Enqi Sang Real failed to appear before this Court or to answer the petition after having
been properly served;

Enqi Sang Real's current employer is unknown;

NOW, after examination and inquiry into the facts and circumstances of the case,

IT IS HEREBY ORDERED that this Order shall be enforceable pursuant to Section 5241

---

[1]If you were not in Court for the hearing, any challenge or objection to this Order may be
limited to the filing of a Motion to Vacate the Order.

of 5242 of the Civil Practice Law and Rules, or in any other manner provided by law.

Please be advised that your next scheduled appearance is on May 23, 2017 at 10:00 AM in Part 23 before Shira Atzmon, Support Magistrate.

**Dated:** April 11, 2017                    **ENTER**

20170411114906SHIRAMONDKC66E934ACE4E808147FAE04CD4FA63

**Shira Atzmon, Support Magistrate**

**Check applicable box:**
[X] Order mailed on [specify date(s) and to whom mailed]: 4/13/17, To P & R (S.S.)
☐ Order received in court on [specify date(s) and to whom given]:_____

26

after putting
a order of prot-
ection on me
in NY!



Notice we
left NY in
the
nighttime



He mailed some of
my stuff back
to NY because I
didn't comply
with his
"new lifestyle"

→ 5/23/2018
E

– My deceased
mom (2020)
now



# City of St. Clair Shores
27600 Jefferson Avenue St. Clair Shores, MI 48081-2075
Phone: (586) 447-3340 Fax: 586-445-4098 www.scsmi.net

**Mayor**
Kip C. Walby
**Mayor Pro-Tem**
Peter A. Accica
**City Manager**
Michael E. Smith

**Council Members:**
John D. Caron
Ronald J. Frederick
Peter A. Rubino
Candice B. Rusie
Chris M. Vitale

*I spoke to a gentleman name Mr. Bill - Very Kind - But he couldn't assist me at the time*

~/07/2019

HUTSON, MILEAKA
23236 WESTBURY
ST CLAIR SHORES, MI 48080

RE: 23236 WESTBURY

Dear HUTSON, MILEAKA:

*One of his (Erai) women who owns the home*

Pursuant to Chapter 18.000 of the City of St. Clair Shores Charter, General & Zoning Ordinances, Inspection of Residential Rental Properties and Non-Owner Occupied Dwellings, owners of such properties are required to register and allow inspections of same no less than once every three years.

Information [...] City of St. Clair Shores indicates you are [...] of [...] non-owner occupied. As [...] you [...] to [...] with the [...] an [...] the property and have [...] by [...] information from the [...]

[...] the completed form and [...] expiration date listed above. [...] date may result in a ticket being [...] being effected in court.

[...] Inspector

*Enai was served on this matter but my lawyer was greedy and demanded $3,000-$4,000 with 90 days, then Mr. Goldman defaulted my case!*

Crystal Serrant
1165 Virginia Park St.
Detroit, Mi 48202

**Invoice 26094**

| | |
|---|---|
| Date | Apr 08, 2019 |
| Terms | |
| Service Thru | Apr 08, 2019 |

In Reference To: Divorce (Time Spent)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/02/2019 | MIS | **Administrative Opening:** Continued Administrative Opening. | 0.30 | $ 0.00/hr | $ 0.00 |
| 01/03/2019 | AU | **telephone conference:** Spoke with client (x2) regarding getting signed retainer + intake forms; client said she would check her e-mail and send back to Angi. JS | 0.30 | $ 105.00/hr | $ 31.50 |
| 01/14/2019 | AH | **Other:** Drafted complaint for divorce and ex parte order for status quo/mutual restraint, emailed to client for review. | 1.00 | $ 325.00/hr | $ 325.00 |
| 01/15/2019 | AS | **Miscellaneous:** Received 3 emails form client. Reviewed and forwarded all to Alex/ Replied to client that Alex will reach out to her. Processed emails to file. | 0.30 | $ 175.00/hr | $ 52.50 |
| 01/15/2019 | AH | **Other:** Emailed client in response to multiple emails to staff. | 0.30 | $ 325.00/hr | $ 97.50 |
| 01/15/2019 | AH | **Other:** per client's request resent complaint and ex parte order. | 0.30 | $ 325.00/hr | $ 97.50 |
| 01/21/2019 | AH | **Other:** Spoke with client at length, took copious notes. | 0.30 | $ 325.00/hr | $ 97.50 |
| 01/31/2019 | SH | **Other:** Review File; Conference with AEG and MMS Regarding Case Status/Outlook; Draft Verified Complaint; Email to Client | 0.90 | $ 325.00/hr | $ 292.50 |
| 02/01/2019 | SH | **Other:** 5 Emails with Client; Review File and Obtain Court Forms; Revise Complaint | 1.60 | $ 325.00/hr | $ 520.00 |
| 02/04/2019 | SH | **Other:** 3 Emails with Client; Revise Complaint (COURTESY DISCOUNT: Billing for 1 Email Instead of 3) | 0.40 | $ 325.00/hr | $ 130.00 |

*Akiva Goldman*

*I even wrote him up to Michigan's Grievance (Please check)*

Crystal Serrant
1165 Virginia Park St..
Detroit . MI 48202

# Invoice 26094

| Date | Apr 08, 2019 |
|---|---|
| Terms | |
| Service Thru | Apr 08, 2019 |

| | | | | | |
|---|---|---|---|---|---|
| 02/05/2019 | SH | **email:** 2 Emails with Client (COURTESY DISCOUNT: Billing for 1) | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/05/2019 | SH | **Other:** Review Client Forms; Email to Client | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/06/2019 | SH | **telephone conference:** Telephone Conference with Client | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/06/2019 | SH | **email:** 3 Emails with Client (COURTESY DISCOUNT: Billing for 2 Emails Instead of 3) | 0.60 | $ 325.00/hr | $ 195.00 |
| 02/07/2019 | AH | **Scanning:** Scanned hundreds of documents that were provided by client | 1.00 | $ 175.00/hr | $ 175.00 |
| 02/07/2019 | AH | **Other:** Conference with SAH about progress of case. | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/08/2019 | AH | **Other:** Reviewing and organizing paperwork from client. | 0.80 | $ 325.00/hr | $ 260.00 |
| 02/11/2019 | AH | **Other:** Conference with MMS, reviewing court documents from New York and Georgia. | 0.80 | $ 325.00/hr | $ 260.00 |
| 02/11/2019 | MS | **Miscellaneous:** Reviewed file; reviewed documents in file; meeting with AH regarding file; and modified Complaint for Divorce. Courtesy billing -- no charge. | 0.60 | $ 0.00/hr | $ 0.00 |
| 02/11/2019 | AH | **correspondence:** Received signed verified complaint of divorce from client. Scanned | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/11/2019 | AH | **correspondence:** Received Record of Divorce and signed verified complaint of divorce. Scanned | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/11/2019 | AH | **Other:** Called client and left voicemail, emailed client updated complaint for divorce (did not bill for voicemail). | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/13/2019 | AH | **Complaint Draft:** Prepared Summons and exhibits for filing. | 0.50 | $ 175.00/hr | $ 87.50 |
| 02/14/2019 | SH | **Other:** File Divorce Documents with Macomb County Clerk; Deliver Proposed Ex Parte Orders to Court | 0.30 | $ 380.00/hr | $ 114.00 |

**Crystal Serrant**
1165 Virginia Park St.,
Detroit, MI 48202

# Invoice 26094

| Date | Apr 08, 2019 |
|---|---|
| **Terms** | |
| **Service Thru** | Apr 08, 2019 |

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2019 | AS | **Service:** Discussed case with Alex. Contacted process server to serve docs. Processed true copies of docs to file. Prepped all for service. | 0.40 | $ 175.00/hr | $ 70.00 |
| 02/19/2019 | AS | **Service:** Met with process server to discuss service. | 0.10 | $ 175.00/hr | $ 17.50 |
| 02/19/2019 | AS | **Service:** Took call from process server. He attempted service but defendant was not home. Defendant then called him and said he would agree to accept service later this week. Noted to file. | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/21/2019 | AH | **correspondence:** Received signed Ex Parte Mutual Restraining Order. Scanned | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/21/2019 | AS | **Service:** Discussed service of ex parte order with Alex and Matt. Called process server to see if he had served defendant. He completed service and hour ago. | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/21/2019 | AS | **Miscellaneous:** Drafted letter to opposing. Served with Ex Parte Mutual Restraining Order via first class mail. Audrey to send copy to our client. | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/21/2019 | AH | **correspondence:** Mailed Copy of Ex-Parte Mutual Restraining Order to client | 0.20 | $ 175.00/hr | $ 35.00 |
| 02/22/2019 | AH | **correspondence:** Prepared and mailed for filing COS for Ex-Parte Restraining Order. | 0.30 | $ 175.00/hr | $ 52.50 |
| 02/26/2019 | AH | **Other:** Called client, left voicemail, sent client follow up email in response to her emails to me. | 0.60 | $ 325.00/hr | $ 195.00 |
| 02/27/2019 | AH | **Other:** Spoke with client, she said she had sent us a CPS investigation report. I told her I do not recall seeing that but I would check the stack of papers she had sent us. Checked the stack, and spoke with SAH and AS as to whether or not they had received this via email, checked my own email as well and the Z drive it was not there. Emailed client asking for a copy. (Only billing for the phone call and the email). | 0.60 | $ 325.00/hr | $ 195.00 |

**Crystal Serrant**
1165 Virginia Park St.,
Detroit . MI 48202

# Invoice 26094

| Date | Apr 08, 2019 |
|---|---|
| **Terms** | |
| **Service Thru** | Apr 08, 2019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/26/2019 | AS | | **Miscellaneous:** Met with process server to discuss service and receive invoice. | 0.10 | $ 175.00/hr | $ 17.50 |
| 03/04/2019 | AS | | **Filing With Court:** Received true copy of a COS back from court for the mutual restraining order and processed to file. | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/04/2019 | AS | | **Miscellaneous:** Took call from a Victoria Burton-Harris. She indicated that is may be accepting defendant as client. Processed call through to Alex. | 0.10 | $ 175.00/hr | $ 17.50 |
| 03/06/2019 | AS | | **Service:** Received proof of service back from process server. Processed to file. Drafted letter to court and filed with court by mail. | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/06/2019 | AS | | **Miscellaneous:** Organized file for future litigation separating NY and GA filings and organizing by date on pleadings. | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/08/2019 | AH | | **Other:** Conference with AEG, emailed client about contact from other attorney. | 0.60 | $ 325.00/hr | $ 195.00 |
| 03/14/2019 | AS | | **Notarization:** Notarized default for Alex | 0.10 | $ 175.00/hr | $ 17.50 |
| 03/14/2019 | AH | | **Other:** Drafted default, emailed client to give me a call when she's able to to discuss case. | 0.60 | $ 325.00/hr | $ 195.00 |
| 03/14/2019 | AS | | **Filing With Court:** Discussed case with Alex. Drafted letter to court and filed Default by mail. | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/15/2019 | AH | | **Other:** Spoke with Ms. Serrant, she apologized to me; I let her know about the default and the default judgment. | 0.30 | $ 325.00/hr | $ 97.50 |
| 03/18/2019 | AH | | **Other:** Responded to client's email inquiry about changing children's names. | 0.30 | $ 325.00/hr | $ 97.50 |
| 03/19/2019 | AH | | **correspondence:** Received final Recommendation Interview form from FOC. Scanned | 0.20 | $ 175.00/hr | $ 35.00 |
| 03/19/2019 | AH | | **Other:** Emailed client to have her forward me docs requested by Macomb county foc. | 0.30 | $ 325.00/hr | $ 97.50 |

**Crystal Serrant**
1165 Virginia Park St.
Detroit , MI 48202

# Invoice 26094

| Date | Apr 08, 2019 |
|---|---|
| **Terms** | |
| **Service Thru** | Apr 08, 2019 |

| | | | | | |
|---|---|---|---|---|---|
| 03/20/2019 | AH | **Other:** Emailed client response to her email regarding the case in general and whether or not she wants us to withdraw the case (no bill). | 0.30 | $ 0.00/hr | $ 0.00 |
| 03/21/2019 | AH | **Other:** Responded to client's email about custody. | 0.30 | $ 325.00/hr | $ 97.50 |
| 03/21/2019 | AH | **correspondence:** Called FOC investigator, Bernadette Russel to confirm meeting on March 29. Per Bernadette, the meeting is at 11:00 am | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/21/2019 | AH | **correspondence:** Called FOC investigator Bernadette to inquire if a later time was available or different date. She advised that she does not have a later time available and she is booked out over 2 months. She advised if we submit the documents she requested by email, we do not have to appear. | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/22/2019 | AH | **Other:** Responded to client's email letting her know I received docs she sent (no bill). | 0.30 | $ 0.00/hr | $ 0.00 |
| 03/25/2019 | AH | **correspondence:** Received default from court. Scanned. Gave to AH. He advised he will let me know who to send to later | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/26/2019 | AH | **correspondence:** At the request of the FOC invesigator Bernadette, called client to inquire if she ever had to pay child support for the children not living with her. She advised no. Notified investigator of same | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/27/2019 | AH | **correspondence:** Prepared Motion to Dismiss per the direction of Akiva. Gave to Alex to review | 0.40 | $ 175.00/hr | $ 70.00 |
| 03/27/2019 | AH | **correspondence:** Prepared Dismissal and gave to AH to review. | 0.30 | $ 175.00/hr | $ 52.50 |
| 03/28/2019 | AH | **correspondence:** Received Order After Default. Scanned. Forwarded to AH | 0.10 | $ 175.00/hr | $ 17.50 |
| 03/29/2019 | AH | **correspondence:** Mailed dismissal to court. | 0.10 | $ 175.00/hr | $ 17.50 |

Crystal Serrant
1166 Virginia Park St.,
Detroit, MI 48202

# Invoice 26094

| Date | Apr 08, 2019 |
|---|---|
| Terms | |
| Service Thru | Apr 08, 2019 |

| 03/29/2019 | AH | **Other:** Attorney called saying she was going to represent Mr. Real, I let her know the case was being dismissed. (no bill). | 0.30 | $ 0.00/hr | $ 0.00 |
|---|---|---|---|---|---|
| 04/04/2019 | AH | **correspondence:** Received Final Support Recommendation. Scanned. | 0.10 | $ 175.00/hr | $ 17.50 |
| 04/05/2019 | AH | **Other:** Spoke with judge's clerk to see if they received dismissal, they have not yet (no bill). | 0.30 | $ 0.00/hr | $ 0.00 |
| 04/08/2019 | AH | **Other:** Administrative file closing. | 1.00 | $ 325.00/hr | $ 325.00 |

## In Reference To: Divorce (Expenses)

| Date | By | Expenses | Amount |
|---|---|---|---|
| 02/14/2019 | AS | **Court Filing Fee:** Fee for complaint filing | $ 255.00 |
| 02/21/2019 | AS | **Mailing/Postage:** Mailed restraining order to defendant | $ 0.50 |
| 02/21/2019 | AH | **Postage:** Mutual Restraining Order to client | $ 0.50 |
| 02/22/2019 | AH | **Postage:** Postage (2 envelopes) COS Exparte Restraining Order | $ 1.00 |
| 02/28/2019 | AS | **Process Service:** Service on defendant | $ 92.25 |
| 03/06/2019 | AS | **Mailing/Postage:** Filed POS by mail with return envelope | $ 1.00 |
| 03/14/2019 | AS | **Notary:** Notarized default | $ 10.00 |
| 03/14/2019 | AS | **Mailing/Postage:** Filed default by mail with return envelope | $ 1.00 |
| 03/29/2019 | AH | **Postage:** Postage for 2 envelopes for dismissal | $ 1.00 |

| | |
|---|---|
| **Total Hours** | 24.30 hrs |
| **Total Time Spent** | $ 5,890.50 |
| **Total Expenses** | $ 362.25 |
| **Total Invoice Amount** | $ 6,252.75 |

**Crystal Serrant**
1165 Virginia Park St.,
Detroit , MI 48202

# Invoice 26094

| | |
|---|---|
| **Date** | Apr 08, 2019 |
| **Terms** | |
| **Service Thru** | Apr 08, 2019 |

| | | |
|---|---|---|
| **Previous Balance** | | **$ 0.00** |
| 01/02/2019  Payment - Check | | ($3,000.00) |
| **Balance (Amount Due)** | | **$ 3,252.75** |

*I paid $3,000.00 back in 2019*



I tried to reach
out to multiple
media outlets for
help!

At this time, I
was not aware
Social media
influencer Tasha
K was undergoing
legal issues with
Cardi B. Tasha
never responded
to my email. How
ever prior to she
was exposing the
"CONSCIOUS"
Community on
her platform.

... us employ ... ... and then give ... my children ... in need he ... ... ... ... so that he don't ... hurt them in reality and on the worldwide web. I am his legal wife of 14 years and natural mother to our 7 children. We have been together since 1994.

Estranged since 2016. I have been fighting for custody of my children which is now a pending divorce proceeding in Michigan. From Georgia, New York to Michigan (Detroit then St. Clair Shores) where he is currently resides. Enqi has done nightly run a muck from ripping out my hair, our eldest daughter has directly ... to SEVERAL strange men & women living with him and my young children. His despicable, inappropriate and atrocious behavior includes brandishing weapons online, as well as falsely portraying to be a DOCTOR, duping celebrities for donations, as well as leading a polygamous lifestyle which lead to a DOZEN women pretending to be my 5 young children's mother whom he has in tow. I do not have social media however I have is notified that Enqi has recently willfully admitted online to being associated with pedophiles, drug addicts and domestic abusers. I fear for my children's lives because he is carelessly discussing sensitive matters online using his telecommunication device as a weapon.

I have been falsely arrested several times in GA & NY because of Enqi. Enqi has stolen my id as well as children's. My credit has been extremely compromised since. (He DOES NOT want to divorce ...) ... ... ... ... ... ... ... ... ... ... ... ib par performance and misuse of morals and values on the worldwide web has directly l... ... ... ... ... d authorities, falsified documents with The NY District Attorney's office, 46th Precinct i... ... ... ... nt order of protections by purposely misspelling his name which expired on 8/30 ... ... ... ... licial Circuit Courthouse in Michigan (Macomb County and (Wayne County). I ha... ... ... ... ven't gotten not one follow up from Ms. Lakeisha Haynes, Ms. Smith, Ms. Susan W... ... ... ... mistaken). I also have had The St. Clair Shores police department conduct 20 to 30 o... ... ... ... over the phone and said "I was using the police force to scare Enqi and he laughed and ... ... ... ... s for help against him anymore". Enqi also had a St. Clair Shores detective to threaten n... ... ... ... and I would go to jail if I contacted Enqi.

**CP5? (You may ask?)**

**I have already contacted them several times in the past!**

I presently have 2 open cases running concurrent again... ... ...
The Honorable Judge Rachel Rancilio in Michigan.

**Please read attached**

... n alternative service motion by ...

Please note and proceed with caution!! (He has been so... ... ... ent)(Please see below) He will not show up to court. Enqi has mental issues that needs ... ... ... endencies. This has been an emotional rollercoaster and very delicate matter for my c...

I am asking kindly to please reunite me with my children. They need a TON of tender loving care from me, proper medical attention, dental care and private family counseling. I have ZERO COMMUNICATION with them because Enqi always changes his phone number, locations constantly and should be considered a flight risk. He armed and dangerous I also want him brought up on federal charges for crossing several state lines. He has called me several times and threatened me about not coming back to live with him in Michigan. Last communication was 11/10/2020 (see below) when he reached out to me to spend the holidays with him and I refused. Enqi and I have not been intimate in 5 years.

(Please see some of the pictures of the inside of his home, the picture with me and my children and link 15 minutes in he is telling everyone I don't know my children)

RESPECTFULLY please note that The Bronx Family Court, My Attorney Jeff Perleman as well as copied on this email and matter

Here is my information as well as my attorney below:

Crystal Serrant
P. O. Box 613
Stockbridge, GA 30281

The Law Office of Jeff Perleman
Jeff Perleman
24300 Southfield Road, Suite 210
Southfield, Michigan 48075
(248)635-2540

**Sent & Written to the St. Clair Shores Sentinel on 10/25/2021**

**I overstand that the newspaper is closed!**

*False Statements by Enqi*

| Court address | | Court telephone no. |
|---|---|---|
| Coleman A. Young Municipal Center, 2 Woodward Avenue, P.O. Box 8645 Detroit, MI 48226 | | (313) 224-5261 |

| Plaintiff's name | v | Defendant's name |
|---|---|---|
| Enqi Real | | crystal serrant |
| **Plaintiff's name before marriage** | | **Defendant's name before marriage** |
| | | |

Form MC 01 SUMMONS AND COMPLAINT must be completed and filed with this form.

I state:

1. The plaintiff or defendant has resided at least 180 days in Michigan immediately before the filing of this complaint.

2. The plaintiff or defendant has resided in this county at least 10 days immediately before the filing of this complaint.

3. The marriage took place on _June 23, 2009_ _June 11, 2009_ in _atlanta, gwinnet County, Georgia_ _Marietta, Cobb county, Georgia_
   Date                              Location

4. The plaintiff and defendant [X] separated on _December 15, 2015_ _May 23, 2018_ [ ] still live together. — This indicated he left me our twins girls were 7 mths
   Date

5. There has been a breakdown of the marriage relationship to the extent that the objects of matrimony have been destroyed and there remains no reasonable likelihood that the marriage can be preserved.

6. [ ] The plaintiff  [ ] The defendant  [X] No party  is pregnant.

7. The plaintiff and defendant have minor children together. The complete name, age, and birth date of each child is:
   Amber Duquesnay, age 15, birth date: August 1, 2003; Chase Duquesnay, age 9, birth date: July 9, 2009; Chloe Serrant, age 7, birth date: August 28, 2011; Caleb Serrant, age 7, birth date: August 28, 2011; caileigh duquesnay, age 3, birth date: May 27, 2015; aubree duquesnay, age 3, birth date: May 27, 2015; and antonia duquesnay, age 18, birth date: July 13, 2000.

8. _Plaintiff_ is/are fit and proper to make major decisions regarding the
   Plaintiff or defendant or both parties
   minor child(ren) of the parties, and it is in the best interests of the child(ren) to award _sole_ legal custody of the child(ren)
                                                                                          Type
   to _Plaintiff_ .
      Plaintiff or defendant or both parties

9. _Plaintiff_ is/are fit and proper to have care, custody, and control of the
   Plaintiff or defendant or both parties
   minor child(ren) of the parties, and it is in the best interests of the child(ren) to award _sole_ physical custody of the
                                                                                          Type
   child(ren) to _Plaintiff_ .
                 Plaintiff or defendant or both parties

10. It is in the best interests of the child(ren) to award parenting time to _Defendant_
                                                                             Plaintiff or defendant or both parties
    as follows:   reasonable and liberal parenting time on dates and times agreed to by the parties.

11. The minor child(ren) need financial support, including health and hospitalization insurance, other medical support, and child care expenses, and child support and other expenses should be calculated and ordered according to the Michigan Child Support Formula.

CC-MLH 408   (6/17)   **COMPLAINT FOR DIVORCE WITH CHILDREN**                    MCL 552.6, MCL 552.391, MCR 3.204, MCR 3.206

for the ... them and def... the ... (or ... ) property and/or debts during the marriage that are to be equitably divided between them.

13.  The plaintiff  ☐ is  ☒ is not   requesting spousal support.

**I REQUEST:**

a.  A judgment of divorce.

b.  Plaintiff _____ be given _____ sole _____ legal custody of the minor child(ren).
    Plaintiff or defendant or both parties

c.  Plaintiff _____ be given _____ sole _____ physical custody of the minor
    Plaintiff or defendant or both parties
    child(ren).

d.  Parenting time as specified in this complaint.

e.  Child support, including medical and child care expenses as calculated according to the Michigan Child Support Formula.

f.  The parties be ordered to provide health and hospitalization insurance for the minor child(ren) and to pay medical, dental, orthodontic, and hospital expenses not covered by insurance, both permanently and while this action is pending.

☐ g.  An equitable division of property and debts.
       **Note:** Property may include real estate, pensions, insurance, retirement accounts, and investment accounts, among others.

☐ h.  Spousal support be awarded.

i.  An equitable division of the costs of this action.

☐ j. My last name be changed to _____ .

k.  Any other relief that the court deems just and equitable.


I declare that the statements above are true to the best of my information, knowledge, and belief.


_____          _____
Date                                  Plaintiff signature


_____          _____
Date                                  Plaintiff's attorney signature

ENFORCEMENT ACT AFFIDAVIT                                          -DM

**Court address**
Coleman A. Young Municipal Center, 2 Woodward Avenue, P.O. Box 8645
Detroit, MI  48226

**Court telephone no.**
(313) 224-5261

**CASE NAME:   Enqi Real v. crystal serrant**

1. The name and present address of each child (under 18) in this case is:

   Amber Duquesnay, Chase Duquesnay, Chloe Serrant, Caleb Serrant, caileigh duquesnay, aubree duquesnay, and antonia duquesnay.  All of the children live with the Plaintiff at 23236 westbury dr, saint clair shores, MI 48080 and the Defendant at 1165 virginia park street, detroit, MI 48202.

2. The addresses where the child(ren) has/have lived within the last 5 years are:
   All of the children live with the Plaintiff at 23236 westbury dr, saint clair shores, MI 48080 and the Defendant at 1165 virginia park street, detroit, MI 48202.

3. The name(s) and present address(es) of custodians with whom the child(ren) has/have lived within the last 5 years are:

   Enqi Real                                    crystal serrant
   23236 westbury dr                            1165 virginia park street
   saint clair shores, MI 48080                 detroit, MI 48202

4. I do not know of, and have not participated (as a party, witness, or in any other capacity) in any other court decision, order, or proceeding  (including divorce, separate maintenance, separation, neglect, abuse, dependency, guardianship, paternity, termination of parental rights, and protection from domestic violence) concerning the custody or parenting time of the child(ren), in this state or any other state, **except**: Specify case name and number, court name and address, and date of child custody determination, if one.

5. I do not know of any pending proceeding that could affect the current child custody proceeding, including a proceeding for enforcement or a proceeding relating to domestic violence, a protective order, termination of parental rights, or adoption, in this state or any other state, **except**:  Specify case name and number, court name and address, and nature of the proceeding.

   That proceeding ☐ is continuing.   ☐ has been stayed by the court.
   ☐ Temporary action by this court is necessary to protect the child(ren) because the child(ren) has/have been subjected to or threatened with mistreatment or abuse or is/are otherwise neglected or dependent. Attach explanation.

6. I do not know of any person who is not already a party to this proceeding who has physical custody of, or who claims rights of legal or physical custody of, or parenting time with, the child(ren), **except**: State name(s) and address(es) of each person.

7. The child(ren)'s "home state" is  Michigan                                          .  See back for definition of "home state."

☐ 8. I state that a party's or child's health, safety, or liberty would be put at risk by the disclosure of this identifying information.

I have filled this form out completely, and I acknowledge a continuing duty to advise this court of any proceeding in this state or any other state that could affect the current child-custody proceeding.

| Signature of affiant | Enqi Real | 23236 westbury dr, saint clair shores, MI 48080 |
|---|---|---|
| | Name of affiant (type or print) | Address of affiant |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                   Date

My commission expires: _____   Signature: _____
                        Date

Notary public, State of Michigan, County of _____

**MC 416  (3/08)  UNIFORM CHILD CUSTODY JURISDICTION ENFORCEMENT ACT AFFIDAVIT**      MCL 722.1206, MCL 722.1209

| 1. Parent's last name | First name | Middle name | 2. Any other names by which parent is or has been known |
|---|---|---|---|
| Real | Enqi | | *handwritten: X* Antoine Duquesnay |

| 3. Date of birth | 4. Social security number | 5. Driver's license number and state |
|---|---|---|
| June 30, 1977 | 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 | 549407064 NY — *Notice this is on the photo Issued 10/8/2014 (9 years old)?* |

**6.** Mailing address and residence address (if different)

Residence: 23236 westbury dr, saint clair shores, MI 48080

**7.** E-mail address

ministerenqi@gmail.com

| 8. Eye color | 9. Hair color | 10. Height | 11. Weight | 12. Race | 13. Gender | 14. Scars, tattoos, etc. |
|---|---|---|---|---|---|---|
| Brown | BLK | 6 ft, 0 in | 180 lbs | African American | Male | |

| 15. Home telephone no. | 16. Work telephone no. | 17. Occupation |
|---|---|---|
| 7028459814 | | |

| 18. Business/Employer's name and address | 19. Gross weekly income |
|---|---|
| | |

**20.** Did this parent apply for or receive public assistance? If yes, please specify kind and case number.
☐ Yes ☒ No

| 21. Other parent's last name | First name | Middle name | 22. Any other names by which parent is or has been known |
|---|---|---|---|
| serrant | crystal | | |

| 23. Date of birth | 24. Social security number | 25. Driver's license number and state |
|---|---|---|
| February 9, 1977 | 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 | |

**26.** Mailing address and residence address (if different)

Residence: 1165 virginia park street, detroit, MI 48202

**27.** E-mail address

crystalserrant@gmail.com *Incorrect*

| 28. Eye color | 29. Hair color | 30. Height | 31. Weight | 32. Race | 33. Gender | 34. Scars, tattoos, etc. |
|---|---|---|---|---|---|---|
| Brown | BRO | 5 ft, 7 in | 245 lbs | African American | Female | |

| 35. Home telephone no. | 36. Work telephone no. | 37. Occupation |
|---|---|---|
| 7185622477 *NY # Mom's house (B.)* | | |

| 38. Business/Employer's name and address | 39. Gross weekly income |
|---|---|
| | |

**40.** Did this parent apply for or receive public assistance? If yes, please specify kind and case number.
☐ Yes ☐ No

| 41. a. Name and sex of minor child in case | M/F | b. Birth date | c. Age | d. Soc. sec. no. | e. Residential address |
|---|---|---|---|---|---|
| Amber Duquesnay | F | 08/01/2003 | 15 | 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 | See addendum for children's addresses |
| Chase Duquesnay | M | 07/09/2009 | 9 | 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 | See addendum for children's addresses |
| Chloe Serrant | F | 08/28/2011 | 7 | 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 | See addendum for children's addresses |
| See "Minor Children" in Addendum | | | | | |

| 42. a. Name and sex of other minor child of either party | M/F | b. Birth date | c. Age | d. Residential address |
|---|---|---|---|---|
| | | | | |

**43.** Health care coverage available for each minor child

| a. Name of minor child | b. Name of policy holder | c. Name of insurance co./HMO | d. Policy/Certificate/Contract/Group no. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**44.** Name(s) and address(es) of person(s) other than parties, if any, who may have custody of child(ren) during pendency of this case.

I declare that the statements above are true to the best of my information, knowledge, and belief.

_____          _____
Date                                             Signature

If any of the public assistance information above changes before your judgment is entered, you are required to give the friend of the court written notice of the change. If you want child support services, complete form DHS 1201-D, available at your local friend of the court office or courts.mi.gov/Administration/SCAO/Forms/courtforms/domesticrelations/generalfoc/dhs1201d.pdf

**FOC 23** (3/16) **VERIFIED STATEMENT**                                         MCR 3.206(B)

| WAYNE COUNTY | VERIFIED STATEMENT | -DM |
|---|---|---|

Continued from 42 Minor Children:
Name: Amber Duquesnay; DOB: 08/01/2003; Age: 15; SSN: 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; Gender: F
Name: Chase Duquesnay; DOB: 07/09/2009; Age: 9; SSN: 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; Gender: M
Name: Chloe Serrant; DOB: 08/28/2011; Age: 7; SSN: 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; Gender: F
Name: Caleb Serrant; DOB: 08/28/2011; Age: 7; SSN: 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; Gender: M
Name: caileigh duquesnay; DOB: 05/27/2015; Age: 3; SSN: 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; Gender: F
Name: aubree duquesnay; DOB: 05/27/2015; Age: 3; SSN: 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; Gender: F
Name: antonia duquesnay; DOB: 07/13/2000; Age: 18; SSN: 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; Gender: F
All of the children live with the Plaintiff at 23236 westbury dr, saint clair shores, MI 48080 and the Defendant at 1165 virginia park street, detroit, MI 48202.

# Improvement

## Award

*This Honor is Bestowed Upon*

Chloe Servant

in recognition of outstanding improvement in

Reading and Math

Awarded at  PS 91 - New York, Bronx

this  14  day of  June  year of  2017

Mrs. Lawson

NO. VA688 © COPYRIGHT, 2013, FLIPSIDE PRODUCTS INC., CINCINNATI, OH 0507-SQPC



(slang for men's
term for private)
"Big willie"
Challenge

— Exploit Willsmith
(celebrity)

Enai

yen
2018

Online
trying to
find more
women to
be polyganous
with him

Bed?

dr enqi



Exploitation
of our
Children

All my 7
children on
his flyers

* please
notice
Enqi's name
changes

Exploiting the
deceased

**Dr EnQi Holistic Science Master Class**



Home     Shorts          Subscriptions     Library



**Dr. EnQi explains True Islam to Wesley Muhammad with Actual Facts about Dr. Se...**

*another woman around my son*



4:34:42

**Dr. EnQi Soulcraft ch. 4 the Philadelphia Experiment Rest in Greatness Kobe Bryant**

DR. ENQI · 5.1K views · 1 year ago

*Exploiting the deceased (KOBE) for views*

**Previously watched**

*Concert in Chicago- He was grabbing his privates & cussing w/this interviewer*



4:06

Home    Shorts    +    Subscriptions    Library

MetroPCS   9:06 AM



♡  ◯  ◁                                        🔖

*Different name* (handwritten)   *Really?* (handwritten)   *Exploiting our Children* (handwritten)   *Implying to women he is a free agent* (handwritten)

**1,703 likes**

**drenqirealcptsnnd** This Guy!!! In the middle of the night decides he needs a new look! No more Mohawk for all his boys and the cute girls at school cause it's Halloween and he gotta get "fresh"....

I almost started to say take yo butt to behind.... but I then I saw me in his eyes....

I said let's set up the clippers and he even let me pick it out with no fuss like a real G!

I said man she must be really cute and got super silly on me......

It's amazing being a full time Father it's hard as a MOTHERFUCKER but nothing is more rewarding!!!!! Even though me and they momma going through a rough patch, I thank her, her momma and her momma momma.... in my heart silently for blessing me with all the wealth a man could ever ask for.... my babies..... @veganbabiesofficial 💪 I know my Dad is looking down on us proud.....

*Always exploiting the deceased Herbert* (handwritten)

   



drenqirealcptsnnd



2,747 likes

drenqirealcptsnnd Lol enqisdetox.com

SEE TRANSLATION

    



(celebrity chef).
→ Chef Ahki - and women who knew he took my children from me. She had relations with Enei and to my knowledge she went to Honduras shortly after dealing with him for a "spiritual" Retreat

Enei probably gave her an STD!

**142 likes**

**drenqi** @chefahki saved the day for me on the road with some Vegan Pizza 🍕 !!!!!

**504_useph_joseph** @drenqi man I'm still laughing at that Matrix video!!! 😂😂😂😂😂 🐍🐍🐍 you play too much!! 😂😂 👍

**drenqi** @504_useph_joseph bro I'm laughing tooo

always laughing

    



another women

## Instagram

missnikkiibaby

drenqirealcptsnnd

Shortly after when he took them from me in NY. I was still nursing them at the time!

One of the women told me that Ens: would beat the girls and don't give them milk if they cried and said "I want mommy"



2.577 likes

Nori

his #ALO1 !

I just had a long dream about
you, I can't interpret it. I know
I love you though please be
safe and don't hold no grudges
against me.

8:54 AM

Eno'

Sunday, June 24, 2018

Either of you get this?

MMS



Cali can swim a lil

MMS

MMS
12:25 PM

MMS

Me

Wednesday, July 25, 2018

I have a vehicle, a place, and a
job!!!! I do not want a dime from
you either!!!! How soon can I
come get my children?

Delivered
10:54 PM





There is a guy somewhere looking for Enai. He told a young audience member to stop her dialysis and drink his water. she got really sick. The family wants to Sue him!

More exploiting the deceased

what kind of doctor is this? CPT, SN, MH, Mental health? ECS, ND

He has an unlicensed practice in his basement!

He is drugging women & my children





Eroi's
Kitchen
Sink



**CREENS & HOT SAUCE**

*Comparison to Epstein (more exploitation of the deceased)*

*To my knowledge sex offender*







9/4/19

Lied under oath
on 7/25/22

When Ensi was
asked does
"DAN COATES"
lives with you
or receives
mail

Ensi replied!
NO!

please check
minutes
Macomb county
court



USPS TRACKING® NUMBER

9505 5102 6789 0093 4292 28

FROM: Enqi Real
23236 Westbury St
SAINT

My eldest child (NOT HIS)
2170 University Ave
Apt 7F
Bronx, NY 10453

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB
## FAMILY DIVISION

ENQI OSIRIS KHEPR SANG REAL,

     Plaintiff,

vs.

                              Case No. 2022-9543-DM
                              Honorable Tracey A. Yokich

CRYSTAL SERRANT-DUQUESNAY,

     Defendant.

_____/

**ANN M. TOBIN, P.C.**
By:  Ann M. Tobin-Levigne (P35757)
Attorney for Plaintiff
21300 Mack Avenue
Grosse Pointe Woods, MI 48236
(313) 884-7060
tobinannm@gmail.com

_____/

## MOTION FOR ENTRY OF ORDER REGARDING TEMPORARY CUSTODY, PARENTING TIME, CHILD SUPPORT AND REFERRAL TO FRIEND OF THE COURT

     Plaintiff, Enqi Osiris Khepr Sang Real, through his attorney, Ann M. Tobin, P.C., by Ann M. Tobin-Levigne and in support of this Motion For Entry of Order Regarding Temporary Custody, Parenting Time, Child Support and Referral to Friend of the Court and states as follows

     1. The parties were married on June 11, 2007 but separated in August 2017.

     2. The parties are the parents of five minor children: Chase, dob xx-xx-2009, Chloe and Caleb, dob xx-xx-2011 and Cailiegh and Aubree, dob, xx-xx-2015.

     3. Since August 2016, Plaintiff has been a resident of Michigan.

     4.  Upon information and belief and since August 2017, Defendant has resided either in the State of New York or State of Georgia.

     5. Since August 2017, the children have resided exclusively with Plaintiff in Michigan, following an incident when Defendant attacked Plaintiff, while the minor children, Caleb, Chase, and Chloe were hugging Defendant, *see Exhibit A, The Temporary Order of Protection*

Document received by the MI Macomb 16th Circuit Court.

dated August 9, 2017 and issued by the Family Court of the State of New York, County of Bronx. This Temporary Order was made a Temporary Order of Protection on December 11, 2017, *see* **Exhibit B**, *Temporary Order of Protection dated December 11, 2017 and issued by the Family Court of the State of New York, County of Bronx.*

6. Since August 2017, Defendant's only physical contact with the minor children was on only two occasions, as follows:

**2017**—in June, Defendant traveled to MI and remained approximately 2 weeks and was removed from Plaintiff's home by the St. Clair Shores Police. — *not true*

**2018**—no physical contact with children. *not true*

**2019**—no physical contact with children. *not true*

**2020**—Plaintiff paid for Defendant to travel to MI for graduation festivities. Defendant stayed only 24 hour, attempted to have the children leave with her in the middle of the night and threatened to kill Defendant and herself. Defendant was removed from Plaintiff's home by the St. Clair Shores Police.

**2021**—no physical contact with children.

**2022**—no physical contact with children.

7. In addition to the lack of physical contact, Defendant has refused to engage in any form of communication with the children, either by cell phone or electronic devices, nor has she sent written communication or acknowledged the children's birthdays or holidays.

8. Defendant has failed to provide any financial support for the children since 2017.

9. Plaintiff has been exclusively responsible for the children's daily, temporal, emotional and physical needs and ensures that they are loved and nurtured.

10. Defendant filed three prior Complaints for Divorce in this Court, and not once, over almost four years, did Defendant file a single request for temporary parenting time.

11. It is in the best interests of the minor children to enter an Ex Parte Order, awarding Plaintiff the sole temporary legal and physical custody of the minor children and referring the issues of permanent custody, parenting time and child support to the Friend of the Court for investigation and recommendation, with any child support to be retroactive to the date of filing of this Complaint for Divorce.

**WHEREFORE**, Plaintiff respectively requests this Court:

A. Award Plaintiff the sole temporary legal and physical custody of the five minor children;

B. Refer the issues of permanent custody, parenting time and child support to the Friend of the Court for investigation and recommendation.

2

Document received by the MI Macomb 16th Circuit Court.

C. Order Defendant to pay child support, on both a temporary and permanent basis, consistent with the Michigan Child Support Formula.

D. Award Plaintiff such other and further relief that is equitable.

**I DECLARE THE ABOVE STATEMENTS TO BE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.**

DocuSigned by:

*Enqi Real*

137943C58F97431...

Dated: August 3, 2022

Enqi Osiris Khepr Sang Real, Plaintiff

**ANN M. TOBIN, P.C.**

DocuSigned by:

*Ann M Tobin-Levigne*

0E87BA6F8C2B448...

By: Ann M. Tobin-Levigne (P35757)
Attorney for Plaintiff
21300 Mack Avenue
Grosse Pointe Woods, MI 48236
(313) 884-7060

3

Document received by the MI Macomb 16th Circuit Court.

**(DOMESTIC RELATIONSHIP)**

Court address
40 N. Main St., Mt. Clemens, MI 48043

Court telephone no.
586-469-5351

**(A)** Petitioner's name
Crystal Serrant

Age
42

Address and telephone no. where court can reach petitioner
5220 North Henry Boulevard
Stockbridge , Georgia 30281

v

Respondent's name, address, and telephone no.
Antoine DuQuesnay aka EnQi Real
23236 Westbury
Saint Clair Shores, MI 48080

DOB or age
42

**(B)** 1. The petitioner and respondent ☑ are married to each other.  ☐ were married to each other.  ☑ have a child in common.  ☐ have or had a dating relationship.  ☑ reside or resided in the same household.

**(C)** 2. ☐ The respondent is required to carry a firearm in the course of his/her employment.  ☑ Unknown.

**(D)** 3. a. There ☐ are ☑ are not other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| | | |

b. There ☐ are ☑ are not orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| | | |

**(E)** 4. I need a personal protection order because:  Explain what has happened. Attach separate sheet(s).

**(F)** 5. I ask the court to grant a personal protection order prohibiting the respondent from:

☑ a. entering onto the property where I live  I state that either I have a property interest in the premises, I am married to the respondent, or the respondent has no property interest in the premises.

☑ b. entering onto the property at 5220 North Henry Boulevard Stockbridge, Georgia 30281
Address

☑ c. assaulting, attacking, beating, molesting, or wounding Crystal, Amber, Chase, Chloe, Caleb, Caileigh, and Aubree
Name(s)

☑ d. removing the minor children from the petitioner who has **legal** custody, except as allowed by a custody or parenting time order as long as removal of the children does not violate other conditions of the personal protection order.

☑ e. stalking as defined under MCL 750.411h and MCL 750.411i, which includes but is not limited to:
☑ following me or appearing within my sight.  ☑ appearing at my workplace or residence.
☑ sending mail or other communications to me.  ☑ contacting me by telephone.
☑ approaching or confronting me in a public place or on private property.
☑ entering onto or remaining on property owned, leased, or occupied by me.
☑ placing an object on or delivering an object to property owned, leased, or occupied by me.

☑ f. interfering with efforts to remove my children/personal property from premises solely owned/leased by the respondent.

☑ g. threatening to kill or physically injure Crystal, Amber, Chase, Chloe, Caleb, Caileigh, and Aubree .

☑ h. interfering with me at my place of employment or education or engaging in conduct that impairs my employment or educational relationship or environment.

☑ i. having access to information in records concerning a minor child of mine and the respondent that will reveal my address, telephone number, or employment address or that will reveal the child's address or telephone number.

☑ j. intentionally causing me mental distress or exerting control over me by:
☑ injuring, killing, torturing, or neglecting, or threatening to injure, kill, torture, or neglect any animal in which I have an ownership interest.
☑ removing any animal from my possession in which I have an ownership interest.
☑ retaining or obtaining possession of any animal in which I have an ownership interest.

☑ k. purchasing or possessing a firearm.
☐ l. other: _____

**(G)** 6. I make this petition under the authority of MCL 600.2950/MCL 600.2950a and ask the court to grant a personal protection order.
☑ I request an ex parte order because immediate and irreparable injury, loss, or damage will occur between now and a hearing or because notice itself will cause irreparable injury, loss, or damage before the order can be entered.

**(H)** ☐ 7. I have a next friend petitioning for me. I certify that the next friend is not disqualified by statute and is an adult.

**(I)** 9/4/2019
Date

/s/ Crystal Serrant
Petitioner's/Next friend's signature

CC 375  (7/16)  **PETITION FOR PERSONAL PROTECTION ORDER (DOMESTIC RELATIONSHIP)**

MCL 600.2950, MCL 600.2950a, MCR 3.703

5220 North Henry Boulevard
**Street Address**

Stockbridge                Georgia              30281
**City          State**                          **Zip**

646-519-0235                                         42
**Phone Number**                                    **Age**

23236 Westbury
**Respondent's Name / Street Address**

Saint Clair Shores         Michigan          48080
**City          State**                          **Zip**

                                                    42
**Phone Number**                                    **Age**

1. Were you physically assaulted by the Respondent in the last 4 weeks? [ ] NO  [X] YES
   Did you seek medical attention? [X] NO  [ ] YES   If yes, name of medical facility, _____

2. Do you live (or have you ever lived) at the same residence with Respondent? [ ] NO  [X] YES   From what date 01/94 to 05/2018

   If presently (recently) living with the Respondent, who name(s) is/are on the lease or mortgage? _____

   Who pays the rent or mortgage payment? _____

   Will Respondent's access to their current residence be affected if entering onto Petitioner's residence is restricted by this Order? [X] NO  [ ] YES

3. Marital Status: [X] Married to Respondent   [ ] Married to someone else   [ ] Divorced   [ ] Single   [ ] Living with _____

4. If you are not married to Respondent, then how do you know them? (i.e. ex-girlfriend, ex-husband) _____

5. How long did you date or how long were you married to Respondent (i.e. 3 month, 7 years)? 06/2007

6. What date did your relationship end with Respondent (or when did you separate)? 05/2018

7. If there are children (under 18) living in your home OR if you have a child(ren) in common with the Respondent, please complete the following information (if no children please write NONE):

| | Name of Child | Age | Child of Petitioner | Child of Respondent | | Name of Child | Age | Child of Petitioner | Child of Respondent |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Amber DuQuesnay | 16 | Yes | Yes | 4. | Caleb Serrant | 8 | Yes | Yes |
| 2. | Chase DuQuesnay | 10 | Yes | Yes | 5. | Caileigh DuQuesnay | 4 | Yes | Yes |
| 3. | Chloe Serrant | 8 | Yes | Yes | 6. | Aubree DuQuesnay | 4 | Yes | Yes |

8. Is there a custody or visitation order currently in effect regarding child(ren) that you and the Respondent have in common? [X] NO  [ ] YES

   a. Who has physical custody? [ ] Petitioner   [ ] Respondent   [ ] Joint Physical (Petitioner & Respondent)

   b. Who has legal custody? [ ] Petitioner   [ ] Respondent   [ ] Joint Legal (Petitioner & Respondent)

   c. Is there currently a visitation agreement? [X] NO  [ ] YES   What is the visitation schedule? _____

9. Do you and the Respondent have any prior or current court cases together (i.e. PPO, divorce, criminal, landlord/tenant, etc)? [ ] NO  [X] YES

If yes, please list: Order of Protection, Divorce, Child Support/Alimony, Custody, etc...HE NEVER SHOWS UP TO COURT

10. Have you sought a PPO against some other party? [X] NO  [ ] YES   If Yes, who and when? _____

11. Has a PPO been issued against you before? [ ] NO  [X] YES   If Yes, who and when? ENQI MADE A FALSE REPORT ON ME

12. Are you on probation or parole? [X] NO  [ ] YES   If Yes, for what crime and name of probation officer: _____

13. Is the Respondent on probation or parole? [X] NO  [ ] YES   If Yes, for what crime and name of probation officer: _____

14. Is the Respondent employed as a law enforcement officer which may require him/her to carry a firearm? [X] NO  [ ] YES

   Name of Police Agency? _____   Name and Title of Supervisor? _____

15. Is Respondent in the military? [X] NO  [ ] YES

16. Do you believe the Respondent was under the influence of any alcohol or drug (legal or illegal) at the time of the incident(s)? [ ] NO  [X] YES
If yes, what Substance and why do you believe this? I DONT KNOW WHAT KIND OF DRUG

WERE POLICE CONTACTED: [X] YES [ ] NO   WHO CONTACTED POLICE: MYSELF

HOW LONG AFTER INCIDENT WERE POLICE CONTACTED: 5 MINS

HOW WERE POLICE CONTACTED (i.e. phone, walk-in to station): CALLED AND I RAN TO NEAREST STATION

POLICE AGENCY AND COMPLAINT NUMBER: TENTH PRECINCT IN DETROIT

IF POLICE WEREN'T CONTACTED, WHY: _____

WHAT HAPPENED:

ENQI UNLAWFULLY THREW ME AND OUR THEN 15 YEAR OLD DAUGHTER OUT OF THE HOME. HE HAS ABUSED ME FOR YEARS IN FRONT OF MY CHILDREN. THAT DAY I WAS PHYSICALLY THROWN OUT IN FRONT OF OUR CHILDREN BECAUSE HE SAID I AM DISOBEDIENT TO HIS NEW LIFESTYLE. ENQI IS POLYGAMOUS AND HAD A SLEW OF MEN AND WOMEN LIVING WITH HIM AND OUR CHILDREN.....I COULD NOT PROVE WHO I WAS WHEN THE TENTH PRECINCT CAME BECAUSE ENQI HAD STOLE MY IDENTIFICATION AND TOLD THE POLICE I WAS TRESPASSING EVEN THOUGH I RESIDED THERE. I HAVE TRIED REPEATEDLY IN DIFFERENT STATES TO BRING HIM TO JUSTICE...ENQI HAS AND WILL ELUDE THE COURTS AS HE HAS DONE IN THE STATES OF GEORGIA, NEW YORK, AND NOW MICHIGAN. WE HAVE 7 CHILDREN TOGETHER.. HE BLACKED OUR 19 YEAR OLD (ANTONIA'S EYE) DAUGHTER'S EYE AND PHYSICALLY THREW HER OUT OF THE HOUSE AT 3AM...HE ALSO BEATS OUR SMALLER CHILDREN THREATENING THEM THAT THEY WILL NOT GET FOOD AND DRINK...HE HAS BLOCKED COMMUNICATION WITH ME DENYING MY MATERNAL RIGHTS AS A MOM...ENQI HAS BEEN LIVING IN ABSOLUTE SQUALOR IN SAINT CLAIR SHORES.

B. DATE & PLACE OF INCIDENT: 6/2019

WERE POLICE CONTACTED: [X] YES [ ] NO   WHO CONTACTED POLICE: ENQI

HOW LONG AFTER INCIDENT WERE POLICE CONTACTED: 5 MINS

HOW WERE POLICE CONTACTED (i.e. phone, walk-in to station): HE CALLED

POLICE AGENCY AND COMPLAINT NUMBER: SAINT CLAIR SHORES POLICE

IF POLICE WEREN'T CONTACTED, WHY: _____

WHAT HAPPENED:

ENQI TOLD THE POLICE I BEAT HIM UP( BECAUSE I DIDN'T CLEAN UP THE HOUSE TO HIS LIKING) AND PHYSICALLY THREW ME AND OUR DAUGHTER AMBER OUT OF THE HOME AND TOLD US TO LEAVE.

VERIFCIATION UNDER MCR 2.114(2)(B):  I DECLARE THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.  An individual who knowingly and intentionally makes a false statement to the court in support of her or his petition for a personal protection order is subject to the contempt powers of the court.  MCLA 600.2950(24);600.2950a(21).

09/06/2019
Date

/s/ CRYSTAL SERRANT
Signature of Petitioner

RECEIVED by Macomb County Circuit Court
9/5/2019 4:08:31 PM

OR DISM
R PERSONAL
ROTECTION ORDER

Court No.
9101-PP

| Petitioner<br>Crystal Serrant | v | Respondent<br>Antoine/EnQi Duquesnay/Real |

1. ☐ Petitioner has been interviewed and the Court finds petitioner's claims are sufficiently without merit that the action is DISMISSED without a hearing.  (Additional explanation, if any:)

_____
_____

2. Petitioner requested an ex parte order which:

☒ is DENIED but a hearing is scheduled for : <u>9-24-2019 AT 10AM</u>

✱ **Pursuant to MCR 3.705(B)(2) petitioner shall service notice of the hearing and the petition on the respondent in a manner provided in MCR 2.105(A).  If respondent is a minor, his/her parent(s), guardian, or custodian shall also be served.** ✱

☐ is DENIED because:

☐ The allegations in the petition do not meet the definition of stalking as defined in MCL 750.411h
☐ The allegations in the petition do not provide reasonable cause to believe immediate and irreparable injury will occur if an ex parte order is not issued without a hearing.
☐ Other _____
_____

☐ Petitioner is advised he/she has the right to request a hearing within 21 days of entry of this order as provided in MCR 3.705(B). Forms are available at the County Clerk's Office (there is no filing fee for this hearing)  Petitioner shall serve notice on respondent as stated above.

3. After a hearing on petitioner's request for a personal protection order.

☐ The Petition is dismissed because of petitioner's failure to appear.

☐ The hearing is rescheduled for _____
☐ The petition is DENIED for the reasons stated on the record.
☐ The petition for a personal protection order is denied because:

_____

<u>9-5-2019</u>
Date

Circuit Court Judge RACHEL RANCILIO

**CERTIFICATE OF SERVICE**

I certify that I ☐ personally served petitioner; ☐ mailed a copy of this order to petitioner at the last known address; ☐ mailed a copy of this order to the respondent at the last known address because the respondent was served with a copy of the petition for personal protection order.

_____          _____
Date                                              Court Clerk

(5/10/06)

MCR 3.705

**brother_polight**
Westwood   — *California*





2,195 likes

**brother_polight** #iDontHaveFriendsOnlyFamily
#PaidinFull
I explained to @ministerenqiwsir my 3 points of... more

View all 65 comments

May 13, 2017

**brother_polight**
Westwood







2,195 likes

brother_polight #iDontHaveFriendsOnlyFamily
#PaidinFull
I explained to @ministerenqiwsir my 3 points of interest to
become a success.
1. Use enemies to motivate you.
Proving them wrong is the best revenge
2. Friends are the ones you have to watch out for. It's hard
to figure them out.
3. Only be loyal to family.
In short I thankh those who endeavor to tear me down. I
learned so much about myself.
I only have family because friends are a medium between
the aforementioned and there can be no in betweens when
it comes to success.
📷 by @t20vision_photography

#BrotherPOLIGHT
#CelebrityMentorConsciousAdvisor
#iAmTheEvolutionOfTheRevolution
#ifYouNotFamilyWhatKindOfFriendAreYou

view all 65 comments



Eci   Snider ...

Parda free?
(Code for child
abuse or abuse
of some sort)

## Free Natal Chart Re...



## Polight's right h...

Enai

BP - another
50



## RESPECTFULLY...
youtube.com



## Brother Polight alle...
hip-hop...com



## Is Brother Polight a...
jordanthrilla.com

## on Ins...  אנקי רא-אל
instagram.com

Look up this one
please!.



Look this up 2022

Please
look this
up (2022)

Also please
look up
Nature's Boy's
disturbing cult
on Youtube



**Redhead**
+131

That's good. Well don't.
Just go to the court. And
if they need my honest
testimony I'm there. I'm
not going to lie on either
one of you. But i know he
is spiteful, vindictive and
malicious. I'm so happy i
left him. I feel so bad for
how he is doing you with
the kids.

7:12 PM

*He told his audience he was "vegan" someone caught him eating a MᴄD burger (He created more smoke screen)*

The whole McDonald's
scam was to pre point
the finger at possibly you.
Because he leaked your
court case name on the ig.
Then went on snneta radio
show saying someone
close to him leaked it. But
he only did that because he
heard you was coming for
him. So he making himself
play the victim

7:15 PM

*Please note*

*New York court case*

*I think (Frank Geary or Gary)*

*This guy is on youtube (He is from NY He told me Enai sexually assaulted a number of women!*

8:   PM            me



**Redhead**
+13139705311

You know enqi wanted me to file a police report on you for harassing me. But i told him no i won't lie on you. Then he said you texted bad things about me to him. But i know he was lying. Because he like to bait people thru text messages. He also made Malika file a police report on Stacy for when they got into a argument and fight after a bad threesome. But knowing enqi i know he probably provoked it. He tried that with me. He was holding me down. I pushed him in self defense. Then he had the nerve to say he is putting a police report on me after he held me down.

I know he is an evil man. And i just want to be helpful when you do go to court

I named her that because she was one of his women on his videos. I think her name is Mukaya. She told me a while back Enqi tried to ruin her life on social media

Got beat up in fron t of my children at 23236- because she tried to remove her furniture out of the home!

Re She moved her daughter out of Distinctive College Prep (Harper Woods) because of Enqi

My 3 children also went to Thirkell Elementary, I reported Enqi to the school

My 3 children also went there (Chase, Chloe, Caleb) I also called the executives in Chicago (Harper Woods) because the principal told me when I showed up to pick up my children. I was told "Go ask Enqi where are your children





📶 5% 🔋 8:43 PM

**Redhead**
+13139705311

I know you didn't. He did
not show me anything.

I just was not going
to do it.                                    :27 PM

*Owner of 23236
West bury St. Clair
Shores, MI 48080*

Malika May have did it
because he put the house
in her name                    6:29 PM

She may have feel
pressure to put a false
report on Stacy

*Another one of his women she
used to work at General Motors
for years. Enqi wiped out her
GM special acct & bank account.
Enqi also used to lock
her son up in a closet
in front of my little
ones!*

But right now enqi is
trying to slander me to my
friends and family. So i
could only imagine what he
has done to you                   6:30 PM

My advice is when he call
you to threaten you. Don't
reply with text. Because
he is trying to bait you
the same way he is trying
to bait me.                          6:34 PM

                    7:00 PM  Wow  😮  Me



*Tahari Bey Enai threatened him and his wife and children REPEATEDLY!*

Moorish World Tv · 12K views · Streamed 2 months ago



*Another unknown woman around my children*

Why Are We So Easily Fooled? Do Other Nations Look at Us as Gullible? Whatchu thi...
Moorish World Tv · 5.1K views · Streamed 2 days ago



*[handwritten] Nomi for more sex*

*[handwritten] Enai →*

Description

*[handwritten] Online influencer*

LATE SHOW SANETER CONFESS HE A PEDOFILE &
PHIL VALENTINE TEACH ANUS CHAKRA INFO

*[handwritten] He lives in NY-he knows Enai Sexually assaulted a # of women*

*[handwritten] Doctor?*

Dr. EnQi in ReaL time = All things Period
Dr. EnQi's Tri-Age Tree Hajj = All things Health
BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY
CLICKING THE LINK BELOW AND ENROLLING IN THE
AT HOME COURSE.

*[handwritten] Needs $$ →*

CASHAPP $MINISTERENQI
Watch Dr. EnQi on Roku, Apple TV, Google Play and
cellphone app on WHO?MAG MULTIMEDIA, Roku
and Apple on iFame TV, and Roku, Apple TV, Amazon
Firestick on Video Vision plus www.whomagtv.com

*[handwritten] All these platforms displaying his delusional behavior*



Handwritten annotations:

More "laughing" at painful Situations

WOMAN BEATERS, CHILD MOLESTERS & RAPISTS "OH MY" ← {Diabolical Humor}

reference to laughter

Sadistic psychopath

Live Show



*EnQi's thumbnail*

*cartoon referencing humor*

*Another* Description

*SO*

### DAYLYT BISEXUAL BATTLE RAPPER SUPPORT POLIGHT ADEPT HNIC & DR. ENQI

*He is referring to himself as Doctor*

Dr. EnQi in ReaL time = All things Period

Dr. EnQi's Tri-Age Tree Hajj = All things Health

BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY CLICKING THE LINK BELOW AND ENROLLING IN THE AT HOME COURSE.

*Needs $*

CASHAPP $MINISTERENQI

"Watch" Dr. EnQi on Roku, Apple TV, Google Play and cellphone app on WHO?MAG MULTIMEDIA, Roku and Apple on iFame TV, and Roku, Apple TV, Amazon Firestick on Video Vision plus www.whomagtv.com SUPPORT

*All these platforms for slander & disgusting*

POLIGHT ADEPT HNIC & DR. ENQI

*SO*

*SO*

*I don't know who this is!*

*He is telling all these sectors to (audience) support this*



are they gonna say you

ZionLexus gmail Smash that like button & subscribe to the channel

← Replies                    ✕

Enqi is judas

👍 6    👎    💬 3          — He Liked the Comment  ⋮

Add a public reply.

Enqi is a low level scammer and knew polight more then anyone, boy you suspect

👍 5    👎                    ⋮

what's a low level scammer. Got any example?

👍 1    👎                    ⋮

let them have that bro.... these nagas crazy lol          more "humor"

👍 1    👎                    ⋮



←     Replies

*Enqi's response on live*

We respond to Questions with mature Answers fam - We don't respond to Answers to Questions with Childish Insults and other Questions while "EVADING" what was presented before you. This is the sane reason Taharka ended this type of foolery last night. Raise UP Blackman!! Learn to dialogue and respond without Name Calling and silliness. SMH - You asked a Question and I Answered. Neither of you responded to the Real Posts that your Questions are under. Elevate Fam! That HOK shi* is OVER!! Look at Polight, look at Sa Neter, look at YP!!! Can't you SEE WTF Is Happening in Universal Order - Enqi is Next if he doesn't cut out the nonsense. He has some substance but his b.s. and silliness outweighs it!!! Catch up or continue to fail with the others!! - Peace/unless you have something intelligent to say....A damn Crying Emoji as a response smh....Sad!!!

*unbeknownst to me Saneter recorded our conservation. The comments said d He told the audience he couldn't release it because I was Cussing like a Sailor !*

*Young pharoah (Another) SD*

The Black Day, February Hours ago

I will respectfully and humbly defer to Dr





Description

*Another SO*  ✕

*So* **SWEET MA WTF? YOUNG PHAROAH & BROTHER POLIGHT THE BOBBY BROTHERS AKA CHAKRA KINGS**

*Doctor ?* {
Dr. EnQi in ReaL time = All things Period
Dr. EnQi's Tri-Age Tree Hajj = All things Health
BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY
CLICKING THE LINK BELOW AND ENROLLING IN THE
AT HOME COURSE.

https://40dayfruitfast.com/2020/05/ho...

*Needs $* → CASHAPP $MINISTERENQI
"Watch" Dr. EnQí on Roku, Apple TV, Google Play and
cellphone app on WHO?MAG MULTIMEDIA, Roku
and Apple on iFame TV, and Roku, Apple TV, Amazon
Firestick on Video Vision plus www.whomagtv.com

*all these platforms he uses to destroy people as well as myself & children*



what happened ?

EnQi

"FOR VIEWS"

Description

✕

Zion Lexx VERZUZ Dr. EnQi on Brother Polight
Confessed Rapist Mentee & Alleged Rapist

Dr. EnQi in ReaL time = All things Period
Dr. EnQi's Tri-Age Tree Hajj = All things Health
BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY
CLICKING THE LINK BELOW AND ENROLLING IN THE
AT HOME COURSE.

CASHAPP $MINISTERENQI
Watch Dr. EnQi on Roku, Apple TV, Google Play and
cellphone app on WHO?MAG MULTIMEDIA, Roku
and Apple on iFame TV, and Roku, Apple TV, Amazon
Firestick on Video Vision plus www.whomagtv.com
                VERZUZ Dr.          on
Confessed Rapist Mentee & Alleged Rapist



EnQi

↑ they want money to exploit pain

Description

Zion Lexx VERZUZ Dr. EnQi on Brother Polight
Confessed Rapist Mentee & Alleged Rapist

Dr. EnQi in ReaL time = All things Period
Dr. EnQi's Tri-Age Tree Hajj = All things Health
BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY
CLICKING THE LINK BELOW AND ENROLLING IN THE
AT HOME COURSE.

CASHAPP $MINISTERENQI
Watch Dr. EnQi on Roku, Apple TV, Google Play and
cellphone app on WHO?MAG MULTIMEDIA, Roku
and Apple on iFame TV, and Roku, Apple TV, Amazon
Firestick on Video Vision plus www.whomagtv.com
                VERZUZ Dr.          on
Confessed Rapist Mentee & Alleged Rapist

SHOW MORE



**Plea Deal? Brother Polight - I KNOW WHAT I DID|Live #Polight 9 Signs Somone is A Nar...**
Nicole Reloaded · 5.3k views · 4 days ago



All 3 again

→ He knows what Enqi did - They are all from NY

**SANETER EXPOSES DR. ENQI'S HIDDEN HISTORY WITH BROTHER POLIGHT!** ?
OOTA BLCK · 4 views · Streamed 4 days ago

 Home    Shorts       Subscriptions    Library



they try to flip it to us putting the mother on trial

*the people knows what he did to me*

← Replies

**RR**

Engi why ? are you going so hard on this situation, OVER BOARD like your trying to hide something, KARMA will come for you, it always balances out. I hope your slate is clean, cause with all this, it's coming, rather Polight is guilty or not your playing the JUDAS role.





Description ✕

Saneter Must Respond about Nicky the teenage he escaped charges for Statutory Rape

Dr. EnQi in ReaL time = All things Period
Dr. EnQi's Tri-Age Tree Hajj = All things Health
BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY
CLICKING THE LINK BELOW AND ENROLLING IN THE
AT HOME COURSE.

CASHAPP $MINISTERENQI
Watch Dr. EnQi on Roku, Apple TV, Google Play and
cellphone app on WHO?MAG MULTIMEDIA, Roku
and Apple on iFame TV, and Roku, Apple TV, Amazon
Firestick on Video Vision plus www.whomagtv.com



DRENQI.COM

Live chat

privacy and abide by our community guidelines.

They do anything for the bag no integrity no morals

Illilith sa neter is from that era where grown man dated 12yrs old...disgusting af

Diana Floss Side ponytail 😂 STAWP it y'all that's Kemetic

Cleveland Brown Sa been dropped his cop badge

FOR THE ONES THAT DON'T GET THE WALLPAPER ENQI HAS . JUST GET OVER IT

*Exploitation of the diceased*

aww man say it aint so

polight wears Maybelline eyeliner

••

hollyweird ish



DRENQI.COM

Live chat



  opened up his penal gland
and accessing the brown Chakra

*disgusting joke Code for inappropriate anus talk*

NOLIGHT

Recluse_Brown  bohemian grove ish

Welcome to live chat! Remember to guard your privacy and abide by our community guidelines.

LEARN MORE

They do anything for the bag no integrity no morals

sa neter is from that era where grown man dated 12yrs old disgusting af

Side ponytail STAMP it yall that's Kemetic

Sa been dropped n s cop badge



Live chat

Wooooow

he oiled up to — *I don't know*

Aunty Funky  Shakah was slinging — *Emoji for men's private*

witefalcon44  African Greek mythology RUN!!!

K See  I thought it was heritage.... I did

Lor Sa X

Brunhhhhhh the concious community is full of MID LIFE CRISIS  CHAKRA PLUGGIN PEDO PIMPIN WEIRDOS ... Enqi the only normal one I know is legit 100% gotdamn — *How? People are delusional*

he was the gay Pharoah — *→ reference to young pharoah*



*Disappears if you don't save*

Live chat

Kemet  Got some explaining to do

Saneter a SHIT WEASEL fr fr

PREpsiSE Lee

Kemet The Frog  That ponytail has the same use the reigns do on a horse.

HPBudda  AWW DAMN....SHAKKA ON THE OTHER SIDE OF THE GAME

PREpsiSE Lee

why didn't these people that knew about this sick pedophile behavior say anything back then when it was happening??

The timing of THIS NEW FIGHT GIMMICK PROVES THAT SANETER AND KOMBUCHA BEY ARE IN THE SAME CULT

YP got permanent make up

*young pharoah*



the Truth about Saneter & Nicky aka Chanell





ALI MUHAMMAD VERZUZ SUTEK W/
SANETER AS DON KING INTERESTING STO...

DR ENQI · 1.2K watching





can cause it to sway based on the
vibration

## Comments  18

Remember to keep comments respectful and to follow
our Community Guidelines

 Add a public comment

 📌 Pinned by DR. ENQI

**DR. ENQI** · 56 minutes ago

HE LETTING POLIGHT FISH FOR VICTIMS IN
HIS AUDIENCE BY CLOAKING HIS MONEY
TALK IN THE LANGUAGE SIMON
NUMEROLOGY AUDIENCE USE... ITS
SHAMEFUL KING SIMON ALWAYS THERE!

👍 7    👎    💬

*who pins and likes a disgusting comment*

This is wosre than R Kelly's "I Admit It"

👍 7    👎    💬

*liked*

 James A Gaskins · 23 minutes ago

Brother Polight about to learn a new meaning

        



Enai

Year 2022
(Pool at 23236 Westbury)

Yes! He is in the water

Enai started telling his audience tha Saneta is smoking crac (drug)

← Replies

Your corny for the Saneta smoking Crack angle where's the proof. Unc has a history, that was over 20 years ago. They both have contributed to the community since then. You were eating in McDonald's my g. No one is perfect and Polite was your man even though he was funny style.

BP

Probably Saneta started tellin his audience Enai sexuall alot of women

👍 3      👎      💬      Slang for "best friend"

