


Description

LATE SHOW SANETER CONFESS HE A PEDOFILE & PHIL VALENTINE TEACH ANUS CHAKRA INFO

Dr. EnQi in ReaL time = All things Period

Dr. EnQi's Tri-Age Tree Hajj = All things Health

BECOME CERTIFIED IN HORMESIS (CALISTHENICS) BY CLICKING THE LINK BELOW AND ENROLLING IN THE AT HOME COURSE.

CASHAPP $MINISTERENQI

Watch Dr. EnQi on Roku, Apple TV, Google Play and cellphone app on WHO?MAG MULTIMEDIA, Roku and Apple on iFame TV, and Roku, Apple TV, Amazon Firestick on Video Vision plus www.whomagtv.com




Comments



@ I ain't gon even hold you dawg but that song was Pure ass. Don't try to rap my boy. F*ckin Yuck!!!

7

D

Brothers what's wrong with you all you all have done alone things I'm sure ur ashamed of

2



Yall some Dr's

4



2




Replies

another concubine

Keep rising black king show them what a real black leader is supposed to be ..

How? Yuck

4 1

slang for fake

I'm mean•••• enq putting on for the community n WE ACTUALLY TRUST enq TRUST is the key word

1




Comments



She's talkin to Enqi

We won't be satisfied until we throw ourselves under the bus as well. Sad race!! If any of this was true....you lost all credibility when you decided to make a "comedy" out of it. I see nothing remotely humorous about this subject. You create this trash video using a few words of entire conversations and come on here TRYING to act like Johnny Cochran... SAD.. I mean honestly...do you ever have anything good to say about anything

1



Yo dude hella fried all that dope no way fit to lead yeah lead many to destruction

1

Peace Enqi




Comments



It took you what, a day? To start making jokes about a so called serious matter...hmmm but u expect Sa to drop everything and respond! I wouldn't be responding to nothing, I'd play you crackin jokes about the person you supposed to be advocating for and call it a day lol

Saneter



2



You still see black people as the n-word you're not conscious stop lying to the people

2



Yo Enqi, Dope rhyme Bro but why you throw in King Simon? :) He stay out of all that. I know he was a follower of York and all that though many of us contributed to Dr. York one way or the other before we became aware.




Comments

audience Calls him "DOC"

Doc I'm thinking the same ish.. ( ) all dat yoni round him, several beautiful women, n dude has sexual misconduct with a little dam girl... wtf...I guess all gotta come out, all the sickness and bullshi.. so we can HEAL.

women's private

6



He liked it

Chorus fire

1

Concubine





These people are into dark forces especially brother panic

7 6

liked



another phone

Year 2021 or 2022

Subscribers ask Crystal Serrant

Subscribers ask #Crystal #Serrant why she turn against her Children for

www.youtube.com

Enai

Huh?

Enai created These 2 videos were 2 hours long telling his audience I don't give my children "socks or sandwiches" & I couldn't afford pharmacy medicine for my children

https://youtu.be/ymNgs9xphvA

This video is no longer available because the YouTube account associated with this video has been terminated.

Subscribers ask Crystal Serrant

Subscribers ask #Crystal #Serrant why she turn against her Children for

www.youtube.com

Enai created these links about me with another women name Yaya El (I think). She was screaming stating my son Chase lied to his teacher about being abused.

Shortly after, Enai and her broke up and she attempted to hurt herself! This definitely audience said it (please look into)

Friday, May 27 • 7:11 PM

Text mess...

https://youtu.be/3jilgvHpyWM

This video is no longer available because the YouTube account associated with this video has been terminated.

Me

Subscribers ask Crystal Serrant

Subscribers ask #Crystal #Serrant why she turn against her Children for

www.youtube.com



Huh?

Ena

https://youtu.be/ymNgs9xphvA

This video is no longer available beca... e YouTube account associa... th this video has been terminated.

Me





Text mess...





#ALOI

More Tomfoolery

Enai →

convenient.

ME

Crystal Please.... that's chase, Chloe, Caleb not real. The big 3 have not 1% of a want to live anywhere that I am not. The small 2 forget about Caileigh Aubree it, I am their entire world.

ENAI

I never sought to give or find them a real live in "mom" before but now that I have provided them everything else they need... I want them to have that.

#

YOU NOT DEAF Me



Emai

It's ABOUT CHASE, CHLOE, CALEB, CAILEIGH AND AUBREE OR NOTHING!!! Me




Emai

  Text mess...  






2/7/2023

Enri mess... to Amber daughter (nc

Soooooo

Heads up

THE COURTS ARE NOW OFFICIALLY LOOKING FOR YOUR MOM SHE HAS MISSED HER FIRST CHILD SUPPORT PAYMENT

IM JUST REACHING BEFORE THEY ISSUE WARRANTS AND SHE WIND UP IN JAIL

don't wait till then to try and help her

[illegible]

We don't have any way to contact Crystal but she has missed her first child support payment

The courts are looking for her

[illegible] putting the word out before there's a warrant and she [illegible] locked up

(Needs more $?)

Engi wanted Ms. S to tell my dad he needs "help"

longtime attorney of.... → My Dad is a huge attorney in Barbados Joseph Serrant

Yes! You guessed right!

we're estranged / My Dad is really upset w/me about [illegible]

Engi knows what he [illegible]

2/21 2023

Engi sent this to my cousin in NY [illegible] [illegible] her name is Ms. S

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1208467041

AMBER DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1199953763




SUBSCRIBER NAME

CHASE DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1199957109




SUBSCRIBER NAME

AUBREE CRYSTAL CH DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1207967948




SUBSCRIBER NAME

ANTONIA DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1199957118



SUBSCRIBER NAME

CAILEIGH AMOOR DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1207967957




SUBSCRIBER NAME

AUBREE CRYSTAL CH DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1207967948




SUBSCRIBER NAME

CALEB SERRANT

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1208467373

CALEB SERRANT

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1208467373

CAILEIGH [illegible] DUQUESNAY

CLIENT NAME

HEALTHY KIDS DENTAL

CLIENT NUMBER

8444-1000

SUBSCRIBER ID

1207967957

More proof I have always provided for all my children

ref...

He did not help me with our children

[illegible]Qi [illegible]ang Re[illegible]al



EnQi Sang Re-al

Children's Dad has rejected too many previous requests. Ask them to send you cash instead.

IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB
**FAMILY DIVISION**

ENQI OSIRIS KHEPR SANG REAL,

Plaintiff,

vs.

Case No. 2022-009543-DM
Honorable Tracey A. Yokich

CRYSTAL SERRANT-DUQUESNAY,

Defendant.

______________________________/

**ANN M. TOBIN, P.C.**
By: Ann M. Tobin-Levigne (P35757)
Attorney for Plaintiff
21300 Mack Avenue
Grosse Pointe Woods, MI 48236
(313) 884-7060
tobinannm@gmail.com

The ink just dried!

**LAW OFFICES OF JEFF PERLMAN, PLLC**
Jeffrey Perlman (P80517)
Attorney for Defendant
24300 Southfield Rd., Ste. 210
Southfield, MI 48075
(248) 635-2540
jeff@jeffperlmanlaw.com

______________________________/

**CONSENT JUDGMENT OF DIVORCE**

Plaintiff, Enqi Osiris Khepr Sang Real, filed a Complaint for Divorce on July 29, 2022. The parties reached agreements on all issues. Plaintiff has entered his proofs upon which it satisfactorily appears to this Court that the material facts alleged in the Complaint for Divorce are true and that there has been a breakdown of the marriage relationship to the extent that the objects of matrimony have been destroyed and there remains no reasonable likelihood that the marriage can be preserved, and the Court being fully advised in the premises:

**THEREFORE,** on the motion of **Ann M. Tobin, P.C.**, by Ann M. Tobin-Levigne, attorney for Plaintiff:

**IT IS ORDERED:**

used to reside at 23232 Westbury St. Clair Shores, MI 48080 for over 15 yrs

The marriage between Plaintiff, Enqi Osiris Khepr Sang Real and Defendant, Crystal Serrant-Duqesnay, is dissolved and a divorce granted,

**Legal and Physical Custody**

Plaintiff, Enqi Osiris Khepr Sang Real, is awarded the sole legal and physical custody of the five minor children, Chase, born xx-xx-2009, Chloe and Caleb, born xx-xx-2011 and Cailiegh and Aubree, born xx-xx-2015 until age eighteen (18) or further order of the Court.

**Parenting Time**

Defendant is awarded parenting time, to include contact via video, phone and social media twice weekly, to be mutually agreed upon, between 6:00-7:00 pm for 30 minutes. In person parenting time shall be supervised by a mental health therapist, in a frequency and duration to be recommended by the therapist or until further order of the Court.

**Addresses of the Parties**

Plaintiff whose present address is 23236 Westbury St., St. Clair Shores, MI, and Defendant whose present address, upon information, is 5220 North Henry Blvd. #K8, Stockbridge, GA, shall inform the Macomb County Friend of the Court of any change of residence during the period that this order is operative.

**Residence of the Minor Children**

The domicile or residence of the minor children shall not be removed from the State of Michigan without first obtaining the prior approval of the Court or its successor.

A parent whose custody or parenting time of a child is governed by the Judgment of Custody shall not change the legal residence of the child except in compliance with Section II of the "Child Custody Act of 1970," 1970 P.A. 91, MCL 722.31. The minor child governed by the Judgment of Custody have a legal residence with each parent. The legal residences of the minor child shall not be changed to a location that is more than one hundred (100) miles from the child's legal residence at the time of the commencement of the Custody Action unless one of the following occurs:

a. The other parent consents to the change.
b. Sole legal custody is granted to only one (1) of the parents.
c. The Court permits the residence change, upon petition of the requesting party

**Hague Convention**

parenting time in a nation that is not a party to the Hague Convention on the Civil Aspects of International Child Abduction unless both parents provide the Court with written consent to allow parenting time in a nation that is not a party to this convention.

**Child Support**

Pursuant to the Friend of the Court Recommendation dated October 31, 2022 and commencing February 1, 2023, Defendant shall pay to Plaintiff, through the Office of the Macomb County Friend of the Court, for the support and maintenance of minor children of the parties the amount of $277.00 per month for five children, which includes ordinary health care expense of $45.00 per month; $250.00 per month for four children, which includes ordinary health care expense of $36.00 per month; $223.00 per month for three children, which includes $27.00 per month ordinary health care expense; $196.00 per month for two children per month for two children, which includes 18.00 per month ordinary health care expense; $169.00 per month ordinary health care expense; $169.00 per month for one child, which includes $9.00 per month for one child, which includes $9.00 per month ordinary health care expense.

Defendant shall pay child support for the minor children until such time as each child attains the age of majority or beyond if the children are regularly attending high school with a reasonable expectation of completing sufficient credits to graduate from high school while residing on a full-time basis with the payee of support or an institution but in in case after said child reaches 19 years and 6 months of age, or until further order of the Court.

The child support provisions of this Judgement are to be reviewed by the Friend of the Court if the custodial parent becomes a recipient of Public Assistance.

**Child Support Arrearage**

Impositions of liens are by operation of law and if support arrearages are greater than one year, then the payers real and personal property may be encumbered and seized pursuant to MCL 552.603(6)(b).

**Healthcare and Medical Expenses of Minor Children**

Plaintiff shall maintain health care insurance coverage for the benefit of the children during their minority and thereafter so long as she may do so, without additional cost to Plaintiff and provided through his employer as permitted by the health care insurer, but not to exceed 6% of Plaintiff's gross earnings, until further order of the Court The parties shall keep

him or her as a benefit of employment or that is maintained by him or her, including the name of the insurance company, health care organization or health maintenance organization; the policy, certificate or contract number, and the names and birth dates for the persons for whose benefit he or she maintains health care coverage under the policy, certificate or contract. Plaintiff shall pay 76% and Defendant shall pay 24% of the unreimbursed health care expenses, including medical, dental, orthodontic, optical and hospital expenses for the minor children, after Plaintiff pays the ordinary medical expenses in the amount of $2,269.00.

**Payments**

I paid 4 months of payment with no receipt or account # from this office

All payments required by this order shall be paid to the Michigan State Disbursement Unit, Post Office 30351, Lansing, MI, 48909-7851, unless otherwise provided by this order, by further order of the court, or by instructions from the Friend of the Court. It is the responsibility of the payer of support to forward payment directly to the Michigan State Disbursement Until such time that the Income Withholding Order is effectuated by the payer's source of income. To ensure proper credit, the following information is required to accompany each payment: payer's name, payer's social security number and the circuit court case number.

**Statutory Friend of the Court Fee**

The payer of support shall pay to the Friend of the Court the sum of $3.50 per month, payable semi-annually in advance on January 2nd and July 1st, hereafter while the Order for Support is operative pursuant to Acts, 192, 193, 194 and 195 of Public Acts of 1983. Initial payment for the months preceding the next regular due date to be made forthwith.

**Statement Re Non-Retroactive Modification**

Except as otherwise provided in section 3 of the support and visitation enforcement Act No. 295 of the Public Acts of 1982, being section 552.603 of the Michigan Compiled Laws, a support order that is part of a judgment or is an order in a domestic relations matter as that term is defined in section 31 of the friend of the court Act No 294 of the Public Acts of 1982, being section 552.531 of Michigan Compiled Laws, is a judgment on and after the date each support payment is due, with the full force, effect and attributes of a judgment of this state, and is no, on and after the date is due, subject to retroaction modification. Pursuant to Public Ace 198 of 1982, the prohibition against retroactive modification of child support orders does not apply to ex parte interim or temporary ordered entered under MCR 3.206.

**Income Withholding**

Upon entry of this judgment, an Order of Income Withholding shall be entered immediately pursuant to Public Act 295 of 1982 and Public Act 219-297 of 1990, or any amendments thereto and payment of all support ordered in this Judgment shall be made pursuant to an Order of immediate income withholding issued by this Court while said child support payment continue to be made through the Macomb County Friend of the Court. Plaintiff and Defendant shall immediately notify the Macomb County Friend of the Court should either party have any change in his or her respective employment, a change of health insurance and/or benefits.

**Spousal Support**

Neither party shall be obligated to pay spousal support/alimony to the other and each party's claims with respect to spousal support are forever waived and barred. The parties waive any right, statutory, or otherwise from the other. The parties intend and agree that their respective waivers of spousal support, maintenance, or alimony pursuant to this provision are final, binding, and non-modifiable for any reason whatsoever, foreseen, or unforeseen, including a change of circumstances for either party and it is the intention of the parties to follow the case law of *Staple* v *Staple*, 241 Mich App 562 (2000). The parties each forever waive all of their rights under MCL 552.13 and MCL 552.28 to modify the spousal support provisions set forth in this Consent Judgment of Divorce. The parties intend, represent and warrant that neither party shall petition the Court to modify this provision.

**Health Care Insurance and Expenses for the Parties**

Each party shall be solely responsible for all her/his medical, dental health care premiums and all other health care expenses not covered or paid by such insurance that she or he may incur.

**Property Settlement**

Each party is awarded her/his personal effects, including clothing, jewelry and paperwork, household furnishings/contents, vehicle(s), bank accounts, under his/her control, free and clear of the other's interest.

**Debts**

[illegible] debts and obligations in their names, including attorney fees and each party shall hold the other harmless and indemnify the other party from any liability in connection with those obligations. Neither party remaining balance on the joint credit card which was cancelled at the time of entry of Judgment. Each party warrants that except for debts specifically identified in this Consent Judgment of Divorce, neither has incurred any debt upon which the other may be liable.

**Non-Dischargeability in Bankruptcy**

The parties intend, and the Court specifically finds that the parties' respective assumption of debts and hold harmless obligations are for the support of the other party. Accordingly, those obligations are intended by the parties and this Court to be non-dischargeable in bankruptcy. If any of these obligations are discharged in bankruptcy, this Court retains jurisdiction to modify this Consent Judgment of Divorce as appropriate to effectuate the intent of the parties and this Court at the time of this Consent Judgment of Divorce and may award including but not limiting to an award of spousal support to that party who is forced to satisfy an obligation that was the responsibility of the other party.

**Statutory Insurance Provision and Work-Related Benefits**

Except as otherwise provided for by this Consent Judgment of Divorce, neither party shall have any rights as beneficiaries in and to the proceeds of any policy or contract of life insurance, endowment, or annuity upon the life of the other, such rights being extinguished as provided by statute. By signing this Consent Judgment of Divorce, each party waives their respective claims as beneficiary to the proceeds of any insurance policy upon which they may be named as beneficiary more than the amounts to which they are entitled pursuant to the provisions of this Judgment. This waiver shall apply even if each party fails to remove the other as beneficiary of other policies after the entry of this Consent Judgment of Divorce, in which case, the beneficiary will be the heirs/devisees of each party's estate to the extent that either party has not named another beneficiary. Each party acknowledges that notwithstanding the language of this clause, they have been advised by their respective counsel that under ERISA (Employee Retirement Income Security Act of 1974) the plan administrator must pay benefits to those designated in plan documents. This preempts contrary state laws that relate to such plans. Accordingly, the Federal District Court in the Eastern District has held plan documents control, notwithstanding any language in a Judgment of Divorce that cancels

and complete disclosure of all their assets. If any substantial assets or liabilities are later discovered, the party failing to disclose or hiding such assets and/or liabilities, shall be subject to costs, sanctions, and attorney fees and that the matter shall be reopened relative to the newly discovered assets or liabilities. This agreement is based upon the representations of each party that he/she has disclosed all the assets and liabilities which may affect the other party. If, however, the existence of property was knowingly concealed or misrepresented by one of them, the parties agree to submit to the Court the right to determine whether such property will be awarded as the sole and separate property of the other or the manner in which it should be divided and whether the concealing party should be ordered to pay any reasonable costs and attorney fees resulting from such failure to disclose. ***Sands v. Sands***, 442 Mich 30; 497 NW2d 493 (1993).

**Waiver**

Each of the parties waives and relinquishes all rights to act as personal representative in the estate of the other party. Except as may be otherwise stated in this Consent Judgment of Divorce, each of the parties will forever relinquish all right to inherit by intestate succession any of the property of which the other party may die seized or possessed. At that time, the estate of such deceased party shall descend to the heirs at law of such deceased party in the same manner as though the parties hereto had never been married unless the parties have by will provided otherwise and except as stated in the security provision of this Consent Judgment of Divorce.

**Mutual Release**

Except as specifically reserved in this Consent Judgment of Divorce, each of the parties releases and forever discharges the other of and from any cause of action, claim or demand that either may have against the other for any incident which may have occurred or act done or omitted to be done prior to the entry of this Consent Judgment of Divorce, whether that claim be founded in contract, tort or any other basis, except for fraud or misrepresentation in connection with the disclosure or transfer of assets in this divorce proceeding.

**Conveyance of Property**

each party shall sign whatever documents are necessary to effectuate the terms of this Consent Judgment of Divorce.

**Constructive Trust**

If, due to omission or commission by either party or the death or disability of either party prior to implementation and satisfaction of the entire terms of this Consent Judgment of Divorce, the other party does not receive an asset or other benefit that he or she was intended to receive under the terms of this Consent Judgment of Divorce, the person or entity that receives or holds that asset or benefit shall do so in a constructive trust for the benefit of the party who was the intended recipient of the asset or benefit under this Consent Judgment of Divorce. The parties intend that this clause be binding on their estate, heirs, and assigns.

**Plaintiff/Attorney/Client Clause**

Plaintiff, Enqui Osiris Khepr Sang Real, upon the date of entry of this Consent Judgment of Divorce, does hereby discharge and release his attorney, Ann M. Tobin-Levigne of Ann M. Tobin, P.C.

**Defendant/Attorney/Client Clause**

Defendant, Crystal Serrant-Duquesnay, upon the date of entry of this Consent Judgment of Divorce, does hereby discharge and release her attorney, Jeffrey Perlman.

**Retention of Jurisdiction**

This court shall retain jurisdiction until all the provisions of this Consent Judgment of Divorce have been satisfied.

**Effective Date of Judgment**

The Consent Judgment of Divorce shall become effective as of the date of its entry, except as otherwise provided in this Consent Judgment of Divorce.

**Finality of Judgment**

This Consent Judgment of Divorce is final on the date it is filed with and entered by the Court. As required by MCR 2.602(A) (3), this Consent Judgment of Divorce resolves the last pending claims between the parties as to spousal support and property division, and resolves, subject to the further order of the Court, the parties' last pending claims, excepting as to custody, parenting time and child support, which ae subject to modification upon the further

order of this Court, and as to the retention of jurisdiction to enforce the property division provisions (without modifying same) it closes this case.

CIRCUIT COURT JUDGE

**ACKNOWLEDGMENT OF ENQUI OSIRIS KHEPR SANG REAL AND CRYSTAL SERRANT-DEQUESNAY**

The undersigned parties state that they have fully understand the provisions in this Judgment and believe that the terms regarding custody, parenting time, child support and related matters are in the best interests of the minor children. Each party states that he/she has disclosed all the assets and liabilities of the parties and fully understand the terms of settlement. They further state that they understand that entry of this Consent Judgment of Divorce terminates the services of their respective attorney and that they would have to retain the attorneys for any new action, motions, or representation in this matter. They further understand that the attorneys retain a recordable charging and retaining lien against their portions of the marital estate for any unpaid legal fees incurred herein.

DocuSigned by: Engi Real
D84A5D18ABF348...

Engi Osiris Khepr Sang Real, Plaintiff

Jan 5, 2023

Crystal Serrant-Duquesnay, Defendant

**Approved as to form:**

Ann M. Tobin-Levigne (P35757)
Attorney for Plaintiff

Jeffrey Perlman (P80517)
Attorney for Defendant

# Re: Stipulated Order Waiving 6-Months

1 message

**Jeff Perlman** <jeff@jeffperlmanlaw.com> Mon, Jan 2, 2023 at 12:06 PM
To: Ann Tobin <tobinannm@gmail.com>

Please sign on Atty. Perlman's behalf.

Thank you,
Jeff Perlman, Esq.

**Direct Tel: (248) 635-2540**
**Fax: (248) 864-8554**
**24300 Southfield Road, 210**
**Southfield, MI. 48075**
**Email: jeff@jeffperlmanlaw.com**

**IMPORTANT:**
**E-SIGNATURE**: Neither the information in this block, the typed name of the sender, or any other information in this message is intended to, nor shall it, constitute an electronic signature for purposes of the Electronic Signatures in Global and National Commerce Act ("E-Sign") or the Uniform Electronic Signature Act ("UETA") unless a specific statement to the contrary is included in this message. Any settlement discussions contained herein are subject to the provisions of FRE 408 or MRE 408.

The information contained in this e-mail and all of its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message and all attachments without retaining any copies. Please be advised that an attorney-client relationship will not be formed until there is a written fee agreement with this law firm.

--

On Mon, Jan 2, 2023 at 11:53 AM Ann Tobin <tobinannm@gmail.com> wrote:

> Jeff:
>
> Please see attached.
>
> Ann M. Tobin, P.C.
> Ann M. Tobin-Levigne


In this photo: My hair
was ripat the root for
enrolling myself @ Wayne
Community College
-Didn't attend
Erai cut off Antonia's hair
because he used to fight
her and rip it from her
scalp
Amber and I got
Separated from
the rest of them
Shortly after
this pic
Me
Amber
Me and
my 2 children
at Amber's
softball game
at Detroit
Collegiate
Preparatory
HS @ North-
western
in 2018
Call school
to verify

NOTICE OF HEARING
PROOF OF SERVICE

2022-000043-DM

| Plaintiff Name: | | Defendant Name: |
|---|---|---|
| ENQI OSIRIS KHEPR SANG REAL | v | CRYSTAL SERRANT-DUQUESNAY |

1. Motion(s): MOTION FOR ENTRY OF ORDER RE: TEMPORARY CUSTODY, PARENTING TIME & CHILD SUPPORT

2. Relief sought: Award Plaintiff temporary custody and refer issues of parenting time and child support to FOC.

3. Moving Party: Plaintiff
   Attorney for moving party: Ann M. Tobin (P35757)
   Phone Number of Attorney/Moving Party: (313) 884-7060

4. Responding parties/attorneys (include Bar No.(s))

| | | | |
|---|---|---|---|
| | (P- ) | | (P- ) |
| | (P- ) | | (P- ) |
| | (P- ) | | (P- ) |

5. ☒ I certify that I made personal contact with the individual(s) listed below requesting concurrence in the relief sought but it was denied:
   ☐ I certify that I made reasonable and diligent efforts to contact the individual(s) listed below but was unable to do so:

Jeffrey Perlman, Esq.
Individual(s) contacted

July 27, 2022
Date(s)

6. **NOTICE OF HEARING:** The above motion(s) will be heard as follows:

| Judge | Date | Time |
|---|---|---|
| Tracey A. Yokich | September 12, 2022 | 8:30 am |

**Please note: Per LCR 2.119 and MCR 2.116(G)(1)(c) and MCR2.119(A)(2), a copy of a motion or response must be provided to the office of the judge hearing the motion! Judge's copy must be clearly marked "JUDGE'S COPY."**

Signature of moving attorney or party

August 8, 2022
Date

☐ Motion Fee Paid **FOR COURT USE ONLY**

Adj to: ☐ THIS MOTION IS REFERRED TO A FRIEND OF THE COURT REFEREE

7 **PROOF OF SERVICE:**

I certify that I mailed a copy of this document and the motion(s) referred to in paragraph 1 to the attorneys or parties of record by ordinary mail addressed to their last known addresses. I declare that the statements above are true to the best of my information, knowledge and belief.

Signature of person serving document

Date

2/24/05

Document received by the MI Macomb 16th Circuit Court.

se

| | | | |
|---|---|---|---|
| CRYSTAL SERRANT DUQUESNAY | Plaintiff(s) | Attorney: Jeffrey Michael Perlman | P# 80517 |
| vs | | EMAIL: | |
| ANTOINE DUQUESNAY | Defendant(s) | Attorney: Ann Tobin-Levigne | P# 35757 |
| | | EMAIL: | |

At a session of the Court, held on July 27, 2022

**ORDER OF Setting Aside Default and Dismissal without Prejudice**

Title of Order

**IT IS ORDERED:**

**Plaintiff having appeared on her motion for entry of a default judgment and Defendant having alleged that he was not personally served with the Summons and Complaint for Divorce; and the Court having heard the testimony of Defendant and the process server; and the Court being otherwise fully advised in the premises:**

**IT IS HEREBY ORDERED that for the reasons stated on the record, the Default in this matter is set aside for improper service pursuant to MCR 2. 104.**

**IT IS FURTHER ORDERED that since the Summons has expired, this matter is dismissed without prejudice.**

**If either party refiles on or before December 31, 2022, their filing fee shall be waive.**

**Defendant's legal name is Enqi Osiris Khepr Sang Real.**

COUNTY OF MACOMB STATE OF MICHIGAN

Tracey A. Yokich

/S/ TRACEY A. YOKICH
CIRCUIT COURT JUDGE, P38377

Approved as to form and substance by:

COUNTY OF MACOMB STATE OF MICHIGAN

Signature of attorney for defendant

Signature of attorney for plaintiff

UNITED STATES POSTAL SERVICE®

PRIORITY®
MA

PRIORITY MAIL
POSTAGE REQUIRED

U.S. POSTAGE PAID
PM
STOCKBRIDGE, GA
30281
JUN 26, 23
AMOUNT
$3.80
R2305H127847-15

RDC 04
48226







Retail

P

US POSTAGE PAID
$12.45
Origin: 30281
06/26/23
1282500381-15

PRIORITY MAIL®

1 Lb 10.70 Oz
RDC 04

EXPECTED DELIVERY DAY: 06/28/23

C052

SHIP TO:
231 W LAFAYETTE BLVD
FL 5TH
DETROIT MI 48226-2777

USPS TRACKING® #

9505 5103 2554 3177 7946 46





To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EXPECTED DELIVERY DAY: 06/28/23
USPS SIGNATURE® TRACKING #

9510 8103 2554 3177 7946 63

U.S. MARSHALS

FROM:

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Crystal Serrant
P.O. Box 613
Stockbridge, Georgia 30281

TO: United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd, 5th floor
Detroit, Michigan 48226

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

United States Postal Service®

■ Expected delivery date ...
■ Domestic shipments inc...
■ USPS Tracking® service...
■ Limited International ins...
■ When used internationa...

*Insurance does not cover certa... Mail Manual at http://pe.usps.c...
** See International Mail Manual...

MAILING E... FOR DOMESTIC AND...

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

VISIT US AT USPS.COM®
Label 106A, Nov 2018

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; July 2022; All rights reserved.

how2recycle.info PLASTIC BAG

DuPont™ Tyvek®